UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0212--CV (JWS)
"PETER LEE ANDREWS V CHESTER LEE WILLIAMS"

Including terminated parties, excluding terminated counsel

```
 Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 09/01/05
          Closed: NO

    Jurisdiction: (3) Federal Question (US Govt not a Party)
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (440) Other Civil Rights

          Origin: (1) Original Proceeding
          Demand:
      Filing fee: In Forma Pauperis
        Trial by:
```

Parties of Record:                              Counsel of Record:

---

PLF 1.1          ANDREWS, PETER LEE                  Peter Lee Andrews
                                                     Pro Per: 478966
                                                     Spring Creek Correctional Center
                                                     POB 5001
                                                     Seward, AK 99664


DEF 1.1          WILLIAMS, CHESTER LEE               John K. Bodick
                                                     Attorney General's Office
                                                     310 K Street, Suite 407
                                                     Anchorage, AK 99501-5993
                                                     907-269-6379
                                                     FAX 907-269-6305

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0212--CV (JWS)
            "PETER LEE ANDREWS V CHESTER LEE WILLIAMS"

                       For all filing dates
```

Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
   Referral Rule:
          Filed: 09/01/05
         Closed: NO

   Jurisdiction: (3) Federal Question (US Govt not a Party)
   PLF Diversity:
   DEF Diversity:

Nature of Suit: (440) Other Civil Rights

         Origin: (1) Original Proceeding
         Demand:
     Filing fee: In Forma Pauperis
       Trial by:


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 09/01/05 | PLF 1 motion (application) to waive filing fee w/att exhs. |
| 2 - 1 | 09/01/05 | Complaint filed. |
| 3 - 1 | 09/01/05 | PLF 1 motion to send me discovery in this case w/att exhs. |
| 4 - 1 | 09/01/05 | PLF 1 motion (application) for appointment of counsel w/att aff. |
| 5 - 1 | 09/13/05 | JWS Order granting mot (appl) to waive filing fee (1-1); Sprin Creek Correctional Center (or any institution w/custody of plf) shall collect initial part filing fee from prison trust account & send payment to clk; balance of $250.00 filing fee to be collected in monthly payments. cc: P. Andrews, Spring Creek Correctional Center, Finance, PSLC |
| 6 - 1 | 09/13/05 | JWS Order Directing Svc & Response; clk to send summons form to plf; plf to complete 1 sum form for def & return original completed sum form plus 2 copies to crt for issuing & return to plf; plf to send issued sum in original plus cy w/completed USM 285, cy of cmplt & cy of this ord to USM; clk to immediately send cy of this ord & cmplt & sum (once issued) to J. Bodick (AAG); AAG to file appear for def w/i 21 days from date of svc of this ord or file notice identifying defs whom addresses have been supplied to USM; USM to serve def; def has 30 days after date of svc to file ans. cc:  P. Andrews w/sum, Form 285, Pro Se Handbook, J. Bodick w/cy cmplt, USM, PSLC |
| 7 - 1 | 09/13/05 | JWS Order denying mot to send me disc in this case (3-1), denying w/o prej mot (appl) for appt of cnsl (4-1). cc: cnsl, PSLC |
| 8 - 1 | 09/19/05 | PLF 1 motion (request) for court order for witness statement for issue of material fact. |
| 9 - 1 | 10/07/05 | DEF 1 Notice of filing last know address of def. |
| NOTE - 1 | 10/17/05 | Issued: summons on DEF 1. |
| 10 - 1 | 10/17/05 | JWS Order directing plf to review instr @ dkt 6; clk to file 1 of the copies of 1st amended cmplt & to issue sums & return them to plf w/addtl copies of docs that may have been fld w/crt or sent to USM; plf to refer |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0212--CV (JWS)
"PETER LEE ANDREWS V CHESTER LEE WILLIAMS"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
|  |  | to ord @ dkt 6 re: docs to be sent to USM; req in letter to crt for ord directing DOC provide plf w/copies is denied. cc: P. Andrews w/cy of 1st amended cmplt, orig & 1 cy iss sum, 2 copies ord @ dkt 6, 1 completed USM 285, 1 blank USM 285, J. Bodick, USM |
| 11 - 1 | 10/17/05 | PLF 1 Complaint (1st Amended) w/att exhs. |
| 12 - 1 | 10/28/05 | JWS Order denying mot (req) for crt ord for wit stmt for issue of material (8-1). cc: cnsl |
| 13 - 1 | 10/31/05 | PLF 1 motion to dismiss. |