Name  Peter LEE. ANDREWS

478966
Prison Number

Spring Creek CORRECTIONS

P.O Box 5001 Seward, AK 99664
Mailing address or place of confinement

_____
Telephone

**FILED**

DEC 0 5 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

PETER LEE, ANDREWS ,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Chester LEE Williams ,

_____ ,

_____ ,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. A05 - 0212 CV (JWS)
(To be supplied by Court)

**PRISONER'S
COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

### ***NOTE***
**You must exhaust your administrative remedies before your claim can go forward.
THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS.**

## A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, list them below.

_____

_____

PS01 (Jan. 2003)

1 of 10

Prisoner § 1983

15

**B. Parties**

1. Plaintiff: This complaint alleges that the civil rights of _PEter LEE ,ANdRews_ ,
who presently resides at _SCCC  P.O Box 5001 SCWARD, Ak 99664_ , were

(print your name)

(mailing address or place of confinement)

violated by the actions of the below named individual(s). The actions were directed against Plaintiff
at _COOK INIet PREtRiAl OF D.O.C_ on the following dates:_____ ,

(place where violation occurred)

(Claim 1)

_____ and _____ .

(Claim 2 )        (Claim 3)

2. Defendants (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, _Chester LEE. Williams_ , is a citizen of

(name)

_Alaska_ , and is employed as a _SGt. CORRectional OFFiceR_ .

(state)        (defendant's government position/title)

_X_ This defendant **personally participated** in causing my injury, and I want **money damages**.

_____The **policy or custom** of this official's government agency violates my rights, and I seek
**injunctive relief** (to stop or require someone do something).

Defendant No. 2,_____ , is a citizen of

(name)

_____ , and is employed as _____ .

(state)        (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.

_____The **policy or custom** of this official's government agency violates my rights, and I seek
**injunctive relief** (to stop or require someone do something).

Defendant No. 3,_____ , is a citizen of

(name)

_____ , and is employed as a_____ .

(state)        (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.

_____The **policy or custom** of this official's government agency violates my rights, and I seek
**injunctive relief** (to stop or require someone do something).

2 of 10

Prisoner § 1983

**C. Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary. Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: The following civil right has been violated: Freedom From CRUEL and UNUSUAl PUNISHMENT

(Right to medical care, access to courts, due process, freedom

of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 1. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 1. Include **dates**.)

7:55 Am SGt. Williams GRabbed I PETER LEE ANDREWS upper body took ME to the GRouND. SGt. Williams PuNch ME iN the Ribs which StatE trooper couRt SeRVice oFFiceR JeNelle SchedleR O'BRYaNt WitNess. SGt. Williams Took my NiKE FlEX perscRIPtion EYE Glasses 2ND place them oN cooK INlet pretRial couNter. DaviD EaRl talbert witNess the EYE perscRiPtion EYE Glasses oN couNter. DaviD EaRl talbert also witNess lateR That my EYE perscRIptioN Glasses were missiNg.

Prisoner § 1983

Claim 2: The following civil right has been violated:_____

(Right to medical care, access to courts, due process, freedom

_____

of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

Supporting Facts: (Briefly describe **facts** you consider important to Claim 2. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 2. Include **dates**.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Prisoner § 1983

<u>Claim 3</u>: The following civil right has been violated:_____

(Right to medical care, access to courts, due process, freedom

of religion, free speech, freedom of association, freedom from cruel and unusual punishment, etc. List **only one** civil right violation.)

<u>Supporting Facts</u>: (Briefly describe **facts** you consider important to Claim 3. State what happened clearly, **in your own words.** DO NOT cite legal authority or argument. Be certain to describe exactly what each defendant, **by name**, did to violate the right alleged in Claim 3. Include **dates**.)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Prisoner § 1983

## D. Previous Lawsuits

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved

in this action, **or otherwise relating to your imprisonment**? _____ Yes _X_ No

2. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the

additional lawsuits by copying this blank page and labeling it page "6A.")

a. Parties to previous lawsuit:

Plaintiff(s):_____

_____

Defendant(s):_____

_____

b. Name and location of court:_____

_____

c. Docket number:_____

d. Name of judge to whom case was assigned:_____

e. Disposition:_____
(For example, was the case dismissed, appealed or still pending?)

f. Issues Raised:_____

_____

_____

_____

g. Approximate date case was filed:_____

h. Approximate date of final decision:_____

Prisoner § 1983

3.  Have you filed an action in federal court that was dismissed because it was determined to be frivolous, malicious, or failed to state a claim upon which relief could be granted?

_____Yes   \_\_\_✗\_\_ No

If your answer is "Yes," describe each lawsuit.  (If you have had more than three actions dismissed based on the above reasons, describe the others on copies of this page, labeled "7A.")

**Lawsuit #1 dismissed as frivolous, malicious, or failed to state a claim:**

a.  Defendant(s): _____

b.  Name of court and case number: _____

c.  The case was dismissed because it was found to be: _____ frivolous, \_\_\_\_\_ malicious and/or

_____ failed to state a claim upon which relief could be granted.

d.  Issues raised: _____

_____

e.  Approximate date it was filed: _____

f.  Approximate date of final decision: _____

**Lawsuit #2 dismissed as frivolous, malicious, or failed to state a claim:**

a.  Defendant(s): _____

b.  Name of court and case number: _____

c.  The case was dismissed because it was found to be: _____ frivolous, \_\_\_\_\_ malicious and/or

_____ failed to state a claim upon which relief could be granted.

d.  Issues raised: _____

_____

e.  Approximate date it was filed: _____

f.  Approximate date of final decision: _____

Prisoner § 1983

**Lawsuit #3 dismissed as frivolous, malicious, or failed to state a claim:**

a.  Defendant(s):_____

b.  Name of court and case number: _____

c.  The case was dismissed because it was found to be: _____ frivolous, _____ malicious and/or

_____ failed to state a claim upon which relief could be granted.

d.  Issues raised:_____

_____

e.  Approximate date it was filed:_____

f.  Approximate date of final decision:_____

4.  **Are you in imminent danger of serious physical injury?** __X__ Yes _____ No

If your answer is "Yes," please describe how you are in danger, without legal argument/authority:

My EYESIGht IS Getting WORSt From ME STRAINING to SEE,
Also I GAEt head ACK5,

_____

_____

**E.  Exhaustion of Administrative Remedies**

**\*\*\*REMINDER\*\*\***

**You must exhaust your administrative remedies before your claim can go forward.
THE COURT WILL DISMISS ANY UNEXHAUSTED CLAIMS.**

1.  Present place of confinement: Spring Creek Corrections Center

2.  Is there a grievance procedure at this institution?  __X__ Yes _____ No

3.  Did you present the facts in your complaint for review through the grievance procedure?

__X__ Yes _____ No

Prisoner § 1983

a. If your answer is "No," explain why not:_____

_____

_____

b. If your answer is "Yes," what steps did you take? copout, lost property report, prisoner grievance, appeal prisoner grievance,

_____

_____

c. Is the grievance procedure complete? __X__ Yes _____ No

   If your answer is "Yes," **ATTACH A COPY OF THE FINAL GRIEVANCE RESOLUTION for any grievance concerning facts relating to this case.**

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction ordering defendant(s) Pay all filing fees for this law suite, pay US marshals officer for their service in this case, pay the fee of the cost of my eye glasses, reimburst me for all copies done in this case, pay $8,000 for each personal eye damage, mental state damage.

2. Damages in the amount of $ 8,000 _____

3. Punitive damages in the amount of $ 400k _____

4. Declaratory judgment:_____

5. Other:_____

_____

_____

Plaintiff demands a trial by __X__ Jury _____ Court.  (Choose one.)

Prisoner § 1983

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

*Peter Lee Andrews*
**Plaintiff's Original Signature**

*Peter Lee. ANDREWS #478966*
Plaintiff's Full Name and Prisoner Number (if applicable)

*SPRing creek correctionscenter*
*P.O Box 5001 Seward, AK 99664*

Plaintiff's Address and Telephone Number

Executed at *SPRing creek corrections* on _____
              (Location)                              (Date)

_____    _____
Original Signature of Attorney (if any)            (Date)

_____

_____

_____
Attorney's Address and Telephone Number

Prisoner § 1983