# MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

*PETER LEE ANDREWS*  v.  *CHESTER LEE WILLIAMS*

THE HONORABLE JOHN W. SEDWICK       CASE NO. A05-212 CV (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**            Date: January 3, 2006

---

    Defendant Williams has filed a motion to dismiss at docket 17 to which he attached certain documents, but he included no affidavit or declaration authenticating the documents pursuant to Federal Rule of Evidence 1005.  Defendant Williams shall re-file copies of the documents with an appropriate affidavit or declaration within 15 days from service of this order.  If he does not, the motion at docket 17 will be denied without prejudice and plaintiff Andrews need not respond to it.  If such an affidavit or declaration is timely filed, the court will consider the documents.  Consideration of the documents will convert the motion to dismiss at docket 17 into a motion for summary judgment.  In that case, plaintiff Andrews (who is now represented by counsel) shall respond to the motion at docket 17 within 15 days from the service of the affidavit or declaration.

---