**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*PETER LEE ANDREWS*        v.    *CHESTER LEE WILLIAMS*

THE HONORABLE JOHN W. SEDWICK        CASE NO. A05-212 CV (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**        Date: January 3, 2006

  Plaintiff had been proceeding *pro se.* He is now represented by counsel. The assigned judge received a paper entitled "Big Problems" from plaintiff. A copy is attached to this minute order which is being served on counsel for plaintiff and defendant for their information. At this time, the court will not take any action based on "Big Problems." Instead, the court leaves it to plaintiff's counsel to determine what, if any, relief should be sought. If relief is deemed necessary, it should be requested by filing a motion which is served on defense counsel.

To: Judge JOHN W. SEDWICK
FEDeral court HOUSE
222 West 7th Ave #4
Anchorage, Alaska 99513

RECEIVED
JAN - 3 2006
CHAMBERS, U.S. DISTRICT JUDGE
JOHN W. SEDWICK

## Big Problems

CASE # A05-0212 cv (JWS)

Sgt. Galvano at Spring creek Correctional Center will not allow me to make two copies of the original complaint form or two copies of the summons or two copies of the Directive order for the United States marshals Office.

This Document Letter is to inform you that I will not be able to meet the Filing Requirements of the United States Federal Court House For the Following Reasons:

(A) Correctional Officer Sgt. Galvano will not allow me to make the Legal copys that is Issue by the court.

(B) While in Spring creek Corrections Center with Sgt. Galvano I will not be able to meet any Filing Dates Because I can not make the Legal copies.

(C) I am mentally challenge with this Issue of making This Filing Date on time.

(D) I am Force to File a another Law suite against Sgt. Galvano Because He will not allow me to make copies as Directed by the Judge.

(E) How do I make the Filling Dates, sent Sgt. Galvano Will Not make the copies Requested By the Judge?

(F) I Request a appointed counsel be appointed For me on this case, For the Following above Reasons.

DECLARATION UNDER PENALTY OF PERJURY

the UNDERSIGNED declares UNDER PENALTY OF Perjury that he is the plaintiff in the above Document LETTER action and that The INFORMATION CONTAINED IN the complaint Document NAMED Big PROBLEMS is to be true and correct,

*Peter Lee Andrews*
PETER LEE ANDREWS #478966
SPRING CREEK CORRECTIONS Center
P.O BOX 5001 SEWARD, Alaska 99664

IVE ENCLOSE the ONLY DOCUMENT I HAVE That is The ORIGINAL Legal copies Request FORM That was and is a Fact of Not allowing ME to make two COPIES For the UNITED States marshals-

## Legal Copies Request

Prisoner's Name: **Peter Lee, Andrews**     Date: **11-19-05**
OBSCIS No: **478966**     Institution: **SCCC**
Date Copies Needed by: **11-21-05**

Copies for Court **1** (not including original - see page 2 for number of copies of pleading required and attach completed envelope for mailing to court)

Case Name: **1983 Federal Law Suit**
Court and Case Number: **A05-0212 Civil Case (JWS)**
Type of Legal Pleading: **Directive Order**    Number of pages per pleading: **10**
Date pleading due: **11-23-05**

Copies for Parties _____ (one copy of pleading per party - list all parties and attach completed envelope for each party - if a party is represented by an attorney list the attorney's name after the parties' name and the attorney's address - only one copy of pleading needed per attorney if the attorney is representing more than one party)

**2 Copies to: Attorney General**
Name: _____
Address: **310 K Street Suite 407**
**Anch, AK 99501**

**2 Copies to: United States Marshals**
Name: _____
Address: _____

**2 Copies to: Judge John W. Sedwick**
Name: _____    **Federal Court House**
Address: **222 W 7th Ave #4**
**Anch, AK 99664**

Name: _____
Address: _____

If necessary, additional names and addresses may be included on another sheet of paper attached to this request.

A. Total Copies of Pleading Requested **6 7** (total of copies of pleading for court, copies for parties and one copy for prisoner)

B. Total Number of Copies Requested **50 60** (number of copies of pleadings times number of pages per pleading)

**1** Commissary Form attached authorizing $ **7.50** ~~9.00~~ (total number of copies (B above) times $0.15 per copy) to be withdrawn from prisoner account.

**X** Prisoner Indigent
Indigence verified by _____ Date: **11/18/05**

I hereby state that the above information is true and correct and that the above copies are necessary for my access to the court in the above case.

Prisoner: _____    Date: _____
Copies authorized by: _____    Date: **11-19-05**
Copies made by: _____    Date: _____

**See Reverse Side For Number of Copies Required**

(Effective 10/23/97)

## COURT COPIES

<u>Alaska Superior Court</u>
All filings                                                                 Original only - no copies

<u>Alaska Court of Appeals</u>
(NOTE: The Alaska Court of Appeals requires the original copy of the brief to be filed for purposes of verifying compliance with the Appellate Rules before formal printing. The court may issue an order granting the prisoner an appeal at public expense which may state that the court will print the brief and make necessary copies. For all other appeals, the court issues an order which states the number of printed briefs which are to be filed.)

| | |
|---|---|
| All Briefs - Original Filing | Original only - no copies |
| All Excerpts of Record - Original Filing | Original only - no copies |
| Briefs - Printed | Per court order |
| Briefs for Sentence Appeals - Printed | Original plus 4 copies |
| Briefs for Expedited Appeals - Printed | Original plus 3 copies |
| Excerpts of Record - Printed | Per court order |
| Motions | Original only - no copies |
| Sentence Memorandum of Appellee | Original plus 4 copies |
| Requests for Oral Argument | Original only - no copies |
| Proofs of Service | Original only - no copies |
| Petitions for Review | Original plus 5 copies |
| Petitions for Original Relief | Original plus 5 copies |
| Petitions for Hearing | Original plus 5 copies |
| Petitions for Rehearing | Original plus 5 copies |

<u>Alaska Supreme Court</u>
(NOTE: The Alaska Supreme Court requires the original copy of the brief to be filed for purposes of verifying compliance with the Appellate Rules before formal printing. The court may issue an order granting the prisoner an appeal at public expense which may state that the court will print the brief and make necessary copies. For all other appeals, the court issues an order which states the number of printed briefs which are to be filed.)

| | |
|---|---|
| All Briefs - Original Filing | Original only - no copies |
| All Excerpts of Record - Original Filing | Original only - no copies |
| Briefs - Printed | Per court order |
| Excerpts of Record - Printed | Per court order |
| Motions | Original plus 3 copies |
| Requests for Oral Argument | Original only - no copies |
| Proofs of Service | Original only - no copies |
| Petitions for Hearing | Original plus 9 copies |
| Petitions for Review | Original plus 6 copies |
| Petitions for Original Relief | Original plus 6 copies |
| Petitions for Rehearing | Original plus 6 copies |

<u>United States District Court</u>
All filings                                                                 Original plus 1 copy

<u>U. S. Ninth Circuit Court of Appeals</u>
| | |
|---|---|
| Briefs | Original plus 15 copies |
| Motions | Original plus 3 copies |
| Petition for Rehearing | Original plus 3 copies |
| Petition for En Banc Rehearing | Original plus 40 copies |
| Excerpt of Record | Same as Brief |

<u>U. S. Supreme Court</u>
All filings                                                                 Original plus 40 copies