Peter L. Andrews
Plaintiff
Spring Creek Corrections
P.O Box 5001
Seward, Alaska 99664

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF Alaska

PETER LEE, ANDREWS, )
    Plaintiff, )
)
VS, )
Chester Lee. Williams, )
    Defendant. )  CASE NO. A05-212 cv (JWS)

Motion and Memorandum in support of motion to keep Case No. A05-212 cv (JWS) open.

This case is about a Sgt correctional officer Chester Lee. Williams who lost my perscription eye glasses.

This case is about a State trooper court service officer name Jenelle Schedler O'Bryant who seen a correctional officer punch a inmate name Peter Lee. Andrews in the Ribs.

This case is about a inmate name Peter Lee. Andrews who is mentally retarted. And who is trying to seek justice.

(1)

This case is about a witness name Shelly Chaflian who is a Attorney who heard Jenelle Schedler O'Bryant statement about a Correctional Officer assault inmate Peter Lee Andrews in the ribs. This case is about the mental damage of Shelly Chaflian and Peter Lee Andrews ability to fer for their personal safty and other people who come into contact with a Sgt Correctional Officer named Chester Lee Williams who is from this moment allowed to comit a assault without being punish.

This case is about a civil Attorney named Thomas Dosik from the Disability Law Center who understands that Mr Peter Lee Andrews is not fit to represent him self, and that Thomas Dosik is willing to fight for what is right and who is willing to prove this case No. A05-212 cv (JWS) should seek justice. That no person should fer for their life while in the safty of Department of Corrections.

This case has nothing to do with State v. Andrews case No. 3AN-04-5995.

This case Plaintiff Peter Lee Andrews vs. Chester Lee Williams Defendant in case No. A05-212 cv (JWS) should stay open for the following facts.

In Koehl v. Dalsheim Docket No. 95-2395 the court found that prison officials were deliberately indifferent when they confiscated a prisoners eye glasses.

(2)

THIS CASE is about a person which is plaintiff who knows he is Not perfect aND is sorry he is Retarted. plaintiff Requests that this case stay open and that he should have a Right For Equal Repersenting this case to the COURT AND For Equal Justice.

PlaiNtiFF Respectfully Requests that this CouRt Keeps case open. Dated this 29th December 2005 at sewaRD, Alaska

PETER LEE. ANDREWS
By Peter Lee Andrews
PETER LEE ANDREWS
PlaiNtiFF.

(3)