MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*PETER LEE ANDREWS*          v.    *CHESTER LEE WILLIAMS*

THE HONORABLE JOHN W. SEDWICK          CASE NO. A05-212 CV (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date:  January 5, 2006

---

At docket 18, Attorney T. Dosik appeared as counsel for plaintiff Andrews. Thereafter at docket 21, Andrews filed a *pro se* motion. Because he is now represented by counsel, Mr. Andrews cannot file papers on his own behalf. So long as he has a lawyer, the lawyer is the only person who can file papers for Mr. Andrews.

For the reasons above, the motion at docket 21 is **DENIED** without prejudice to any motion which may be filed by T. Dosik which raises some or all of the same matters.