# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** Peter Lee, Andrews | **COURT CASE NUMBER** A05-0212 cv (JWS) |
| **DEFENDANT** Chester Lee, Williams | **TYPE OF PROCESS** |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Chester Lee, Williams, Cook Inlet Pretrial

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** 1300 East 4th Ave Anchorage, Alaska 99501

RECEIVED JAN 20 2006 CLERK U.S. DISTRICT COURT ANCHORAGE ALASKA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Peter Lee, Andrews #478966
SCCC
PO Box 5001
Seward, Alaska 99664

| | |
|---|---|
| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | 0 |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Peter Lee Andrews

TELEPHONE NUMBER | DATE

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process 1 | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 12-20-05 |
|---|---|---|---|---|---|

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Sgt Rodgers

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service 12/21/05 | Time 14:20 pm

Signature of U.S. Marshal or Deputy

| Service Fee $45 | Total Mileage Charges (including endeavors) Z | Forwarding Fee | Total Charges $45 | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|

REMARKS: summons served and returned to court

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Ac:.

# UNITED STATES DISTRICT COURT

District of     **ALASKA**

Peter LEE ANDREWS

v.

Chester LEE Williams

SUMMONS IN A CIVIL CASE

CASE NUMBER: A05 - 0212 CV (JWS)

TO: (Name and address of Defendant)

Chester LEE Williams
Cook Inlet Pretrial
1300 East 4th Ave
Anchorage, Alaska 99501

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Peter LEE Andrews
Spring Creek Corrections Center
P.O Box 5001
Seward, Alaska 99664

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**IDA ROMACK**              October 17, 2005
CLERK                               DATE

*Pamela R. Pulit*
(By) DEPUTY CLERK