Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Attorney for Defendant Williams

RECEIVED
JAN 3 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS,<br><br>    Plaintiff,<br><br>vs.<br><br>CHESTER LEE WILLIAMS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-212 CV (JWS) |

## ANSWER

Comes now Chester Lee Williams, by and through his attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby responds to the complaint:

A.  Jurisdiction.

This allegation requires no response.

B.  Parties.

Answer
*Peters v. Williams,* Case A05-212 CV (JWS)
Page 1 of 3.

Admit that plaintiff is incarcerated at Spring Creek Correctional Center in Seward, Alaska.

2. Admit that Sgt. Chester Lee Williams is a correctional officer. Deny that he assaulted plaintiff. While in the process of being moved from his correctional facility to the courthouse, plaintiff struck Trooper Zimmerman in the face with his right fist causing a serious laceration to the Trooper's right cheek. Trooper Zimmerman's glasses were knocked off and he was propelled backwards. Sgt. Williams saw the assault and grabbed the plaintiff's upper body. He and another officer took the prisoner to the ground to restore order in the facility. Any injuries to plaintiff were *de minimis*. Admit that Trooper O'Bryant was at the scene but deny that she saw Sgt. Williams assault plaintiff. Admit that CO Talbert was also at the scene and helped Sgt. Williams take prisoner to the ground. The remaining allegations are denied.

C. Causes of Action.

Deny that plaintiff's Eighth Amendment rights were violated.

### AFFIRMATIVE DEFENSES

1. Plaintiff fails to state a claim for relief.
2. Plaintiff's claim is barred by *res judicata* and collateral estoppel.
3. Plaintiff's claim is frivolous.
4. Plaintiff failed to exhaust his administrative remedies.
5. Any injury to plaintiff resulted from his illegal assault against Trooper

Answer
*Peters v. Williams*, Case A05-212 CV (JWS)
Page 2 of 3.

Zimmerman.

Wherefore, defendant prays that this court dismiss this case, award full attorneys fees and costs, and provide defendant with such other and further relief as is just and fair.

Dated this 25 day of January, 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: *Marilyn J Kamm*
Marilyn J. Kamm
Assistant Attorney General

26 PB
I certify that on January 25, 2006, I caused to be mailed a true and correct copy of the foregoing with first class postage, via the U.S. Post Office to:

Thomas Dosik
Disability Law Center
3330 Arctic Blvd. Suite 103
Anchorage, AK 99503

*Patricia Bower*
Patricia Bower, Law Office Assistant

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428    FAX: (907) 465-4043

Answer
*Peters v. Williams,* Case A05-212 CV (JWS)
Page 3 of 3.