RECEIVED
JAN 3 0 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHESTER LEE WILLIAMS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. A05-212 CV (JWS) |

**AFFIDAVIT OF SGT. WILLIAMS**

STATE OF ALASKA         )
                                            ) ss.
THIRD JUDICIAL DISTRICT  )

I, Chester Lee Williams, state after being duly sworn and based upon my personal knowledge that:

1. I am employed by the State of Alaska, Department of Corrections, at Anchorage Correctional Center-East.

2. I am acquainted with inmate Peter Andrews.

Affidavit of Sgt. Williams
*Peters v. Williams,* Case A05-212 CV (JWS)
Page 1 of 2.

3. On May 14, 2004, I observed plaintiff Andrews assault Trooper Zimmerman. Andrews struck Toooper Zimmerman in the right cheek with his right fist, knocking his glasses off and propelling him backwards.

4. I immediately grabbed Andrews by the upper body and with the assistance of Officer Talbert we took the prisoner to the ground. I did not assault Andrews.

5. Attached as Exhibit C is a true and correct copy of the Incident Report I completed regarding Andrews' assault of Trooper Zimmerman.

6. I am aware the Andrews was prosecuted by the State of Alaska as a result of this incident. He was convicted of Assault in the Fourth Degree in *State v. Andrews*, Case No. 3AN-04-5995 cr.

7. I received a commendation from the Alaska State Troopers as a result of my actions in this matter.

Further this affiant sayeth naught.

_____
Chester Lee Williams

SUBSCRIBED AND SWORN TO before me this 25th day of January, 2006, at Anchorage



*Tim Routen Jr.*
Notary Public in and for State of Alaska

My commission expires: *End of office*

Affidavit of Sgt. Williams
*Peters v. Williams*, Case A05-212 CV (JWS)
Page 2 of 2.