Screen for VRA

IN THE DISTRICT COURT FOR THE STATE OF ALASKA AT ANCHORAGE

## JUDGMENT

☑ State of Alaska    ☐ Municipality of Anchorage                    Count __I__

vs.

Defendant: __Peter Andrews__    CASE NO. 3AN- __04-5995__ CR

DOB _____    Address: _____

| Defendant is: | | PLEA: ☑ Not Guilty ☐ Guilty ☐ No Contest |
|---|---|---|
| ☐ GUILTY of __assault (4)__ | | RULE 11 PLEA: ☐ Yes ☐ No ☐ Partial |
| Statute/Ordinance: __11.41.230(a)(1)__ | | TRIAL: ☐ Court ☑ Jury |
| | | DV Offense per AS 18.66.990(3)&(5): ☐ Yes ☐ No |
| ☐ NOT GUILTY. It is ordered that defendant is acquitted and discharged. | | Sex Offender Registration Required by AS 12.63.100: ☐ Yes ☐ No |

☐ **SUSPENDED IMPOSITION OF SENTENCE.** Imposition of sentence is suspended and defendant is placed on probation for _____, subject to the orders and conditions listed below.

### SENTENCE IS IMPOSED AS FOLLOWS:

**DIRECT COURT ORDERS**

1. FINE: $_____ with $_____ suspended. **Due** _____ Bail to Fine $_____
   ☐ Fees paid to court-ordered programs will be credited to fine if defendant presents proof of payment to clerk by above due date.
2. SURCHARGE **due within 10 days:** ☑ $50 (Misd) ☐ $10 (Infraction) ☐ None (Fine Under $30)
3. JAIL __1 year__ ~~days with~~ _____ ~~days suspended~~. Report at 7:45 a.m. on _____ to the Cordova Center, 130 Cordova Street, Anchorage.
4. ☐ Defendant is ordered to complete the treatment recommended by the Anchorage Alcohol Safety Action Program (AASAP) and pay costs. Report to AASAP as explained in the "Instructions for Defendant After Sentencing." This may include residential treatment up to ____ days plus required aftercare in addition to any jail time ordered above.
5. ☐ Defendant is ordered to perform _____ hours Community Work Service (CWS) within/by _____.
   ☐ CWS not completed will convert to 3 hours of jail per CWS hour. __$706 to Mr. Zimmerman__
6. ☑ Defendant is ordered to make restitution ☑ as stated in the Restitution Judgment ☐ in an amount to be determined as provided in Criminal Rule 32.6 (c)(2). See "Instructions for Defendant After Sentencing.
7. ☐ Defendant is ordered to _____

**CONDITIONS OF PROBATION.** Defendant is placed on probation for _____ years/months, subject to the following conditions:

8. ☑ Comply with all direct court orders listed above by the deadlines stated and follow the instructions on the "Instructions for Defendant After Sentencing."
9. ☐ Commit no jailable offenses during the period of probation.
10. ☐ Complete a state-approved domestic violence intervention program. Pay monitoring fees and program costs. Register as explained in the "Instructions for Defendant After Sentencing."
11. ☐ Have no contact, direct or indirect, with _____ unless that person's written consent has been supplied to the Prosecutor's Office.
12. Other: _____

EXHIBIT __A__
PAGE __1__ OF __1__

**COST OF COUNSEL (If Appointed).** Unless you object within 10 days, the court will enter a judgment against you for the cost of appointed counsel in the amount of ☐ $500 (Trial) ☑ $200 (Change of Plea) ☐ $_____ (Actual Costs). Reasons for waiving schedule of costs: _____
You may use form CR-531, available in the Clerk's Office, to file your opposition.

I certify that on __1-14-05__ a copy of this judgment was given to
☑ Def/Atty ☑ Prosecutor ☐ Jail ☐ DMV
☐ AASAP ☐ DV Monitor ☑ CWS

In-Court Clerk: _____

District Court Judge/Magistrate _____ /Effective Date __1/14/05__
Print Name: __Murphy__

I hereby certify that this is a true and correct copy of the original on file in my office.
ATTEST:
_____ Clerk of the Trial Courts
By _____ Deputy
Date: __Jan 18, 2006__

CR-460 ANCH (4/02)(st.4) JUDGMENT- GENERAL

See CR-462A for statistical information.
Crim. R. 32 and 32.6, 22 AAC 05.615