IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA, )
    Plaintiff, )
    vs. )
PETER L. ANDREWS, )
DOB: 1/4/1984 )
APSIN ID: 6912728 )
DMV NO. 7068266 )
SSN: 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 )
ATN: 102-937-698 )
    Defendant. )

FILED in the Trial Courts
State of Alaska, Third District

JUN 25 2004

Clerk of Trial Courts
By_____ Deputy

Case No. 3AN-S04-5995 Cr.

## COMPLAINT

I certify this document and its attachments do not contain the (1) name of a victim of a sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone number of a victim of or witness to any offense unless it is an address identifying the place of a crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

The following counts charge a crime involving DOMESTIC VIOLENCE as defined in AS 18.66.990:

Count I - AS 11.41.230(a)(1)
Assault In The Fourth Degree
Peter L. Andrews - 001

Count II - AS 11.46.484(a)(1)
Criminal Mischief In The Fourth Degree
Peter L. Andrews - 002

YOUR COMPLAINTANT CHARGES:

### Count I

That on or about May 14, 2004, at or near Anchorage in the Third Judicial District, State of Alaska, PETER L. ANDREWS recklessly caused physical injury to another person.

DISTRICT ATTORNEY, STATE OF ALASKA
310 K STREET, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 269-6300

EXHIBIT B
PAGE 1 OF 2

All of which is a class A misdemeanor offense being contrary to and in violation of AS 11.41.230(a)(1) and against the peace and dignity of the State of Alaska.

**Count II**

That on or about the 14th day of May, 2004, at or near Anchorage in the Third Judicial District, State of Alaska, PETER L. ANDREWS having no right to do so or any reasonable ground to believe the defendant had such a right, intentionally damaged property of another in an amount of $50 or more but less than $500.

All of which is a class A misdemeanor offense being contrary to and in violation of AS 11.46.484(a)(1) and against the peace and dignity of the State of Alaska.

This complaint is based upon the investigator of your complainant Trooper Shepherd in Alaska State Trooper Case No. 04-35846 which reveals the following facts.

On May 14, 2004 while preparing to transport the defendant to court from the Anchorage Jail, the defendant, without provocation, attacked uniformed State Trooper Brad Zimmerman by striking Trp. Zimmerman in the face. The blow to Trp. Zimmerman opened a cut under his right eye and broke Trooper Zimmerman's glasses. Trp. Zimmerman had to replace his glasses incurring a cost of $411.

DATED at Anchorage, Alaska this 25 day of June, 2004.

_____
Terry L. Shepherd
Alaska State Troopers

SUBSCRIBED AND SWORN to this 25 day of June, 2004, at Anchorage, Alaska.

EXHIBIT B
PAGE 2 OF 2

_____
Judge / Magistrate

I hereby certify that this is a true and correct copy of the original on file in my office.
ATTEST:
Clerk of the Trial Courts
By _____ Deputy
Date: JAN. 18, 2006

DISTRICT ATTORNEY, STATE OF ALASKA
310 K STREET, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 269-6300

2