# Incident Report

| Name of Prisoner Andrews, Peter OB#478966 | DOB 01/14/84 | Institution: ACC West | Date/Time: 05/14/04 @ 0755 |
|---|---|---|---|

Circle Course of action: (To be determined by the Assistant Superintendent)   (Disciplinary)   Information

**INFRACTION   22ACC 05.400 (b) (2) assaulting a staff member...**

On the above date and time I, Sgt. Williams Shift Supervisor, was observing the movement of prisoners to court. Judicial Services Officers Zimmerman and Obryant were lining prisoners along the front of the holding cells in the ACC West Booking area. Prisoner Andrews, Peter OB#478966 was standing in front of holding cell #2 and began having words with another prisoner held in cell #2. Officer Zimmerman explained to prisoner Andrews that all prisoners were going to court and that he should behave in a responsible manner. Prisoner Andrews quieted down momentarily but again began having words with the other prisoner. Officer Zimmerman approached prisoner Andrews from behind and began to explain again that if he didn't control himself he would not go to court. Without notice prisoner Andrews spun around striking Officer Zimmerman in the right cheek with his right fist, knocking his glasses off and propelling him backwards. I immediately grabbed the prisoner by the upper body and with the assistance of Officer Talbert took the prisoner to the ground. Officer's Nishimura, Burton, and Bauer arrived and assisted in applying hard restraints to the prisoner. The prisoner was moved to holding cell #6 and restraints were removed. Officer Zimmerman's injuries were documented with digital and polaroid photo's and he was taken to the medical department and seen by PA Sundell who referred him to Alaska Regional Hospital Emergency Room for laceration repair. Prisoner Andrews was seen by Nurse Frank who observed superficial bruising to his left wrist and a slight abrasion to his left forehead. Prisoner Andrews denied any other injuries. Prisoner Andrews is currently being housed in holding cell #6. Officer Zimmerman returned from the hospital at approximately 1015 hours after being treated and released. EOR

| Copy of Report to Prisoner: | Reporting Staff's Signature & Date: |
|---|---|
| Date:         Time: | Sgt. C. Williams                          05/14/04 |

Disposition:

Chairperson or Resolution Officer:

| Member: | Member: |
|---|---|

On matters referred to the Disciplinary Committee/Hearing Officer as a result of this report, see the Written Report relative to this incident.

### Final Copy to Prisoner:

| Date: | Time: | Staff Signature: |
|---|---|---|

*Department of Corrections Form #809.03*
*Revised 4/95*

EXHIBIT  C
PAGE  1  OF  1