Thomas A. Dosik, Esq.
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd.
Anchorage, AK 99508
Telephone: (907) 565-1002
Fax: (907) 565-1000
E-Mail: Tdosik@dlcak.org

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS,<br><br>    Plaintiff<br><br>v.<br><br>CHESTER LEE WILLIAMS,<br><br>    Defendant | )<br>)<br>)<br>)<br>) Case No. A05-212CV (JWS)<br>)<br>)<br>)<br>)<br>)<br>) |

### RESPONSE TO MOTION TO DISMISS

Defendant Chester Lee Williams has filed a document entitled "Motion to Dismiss." [Docket #25] Attached in support of this document is the Affidavit of Sgt. Williams, and several exhibits. Because of the Affidavit and exhibits, it is unclear whether Defendant intended this to be a Motion to Dismiss, or a Motion for Summary Judgment. Marilynn Kamm, attorney for Defendant refused to clarify this matter, and refused to state whether she wished this Motion treated as on for Dismissal pursuant to Rule 12(b)(6) or one for Summary Judgment pursuant to Rule 56. *See* attached Affidavit.[1]

Plaintiff Peter Andrews therefore requests that this Court issue an Order stating whether it intends to treat the Motion at docket #25 as a Motion to Dismiss or a Motion for Summary

---

[1] It must also be noted that this Court has already informed Ms. Kamm that a Motion to Dismiss cannot reference extrinsic materials, and that consideration of extrinsic materials will convert the motion to one for summary judgment. [Docket #19]

Judgment. Plaintiff further requests that he have 15 days from the date of such order to file an appropriate opposition. It is Plaintiff's preference that the motion be treated as one for dismissal, and the affidavit and exhibits be stricken from the record.

Done this 31st day of January, 2006.

                                                Disability Law Center of Alaska

                                                _/s/ Thomas A. Dosik_
                                                Thomas A. Dosik, Esq., ABA #9505018
                                                3330 Arctic Blvd., Suite 103
                                                Anchorage, AK  99508
                                                Telephone: (907) 565-1002
                                                Fax: (907) 565-1000
                                                E-mail:  tdosik@dlcak.org

I, Thomas A. Dosik, hereby certify that, on this 31st day of January, 2006, a true and correct copy of this document, accompanying affidavit and proposed order were served, via U.S. Mail, on:

Marilyn J. Kamm
Assistant Attorney General
Criminal Division Central Office
PO Box 110300
Juneau, AK 99811

_/s/ Thomas A. Dosik_
Thomas A. Dosik.