Thomas A. Dosik, Esq.
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd.
Anchorage, AK  99508
Telephone: (907) 565-1002
Fax: (907) 565-1000

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS, )<br><br>　　　　Plaintiff )<br><br>v. )<br><br>CHESTER LEE WILLIAMS, )<br><br>　　　　Defendant ) | Case No. A05-212CV (JWS) |

## Affidavit of Thomas A. Dosik

I, Thomas A. Dosik, under penalty of perjury, hereby state as follows:

1.  I am the attorney representing Peter Lee Andrews in this matter.

2.  On January 30, 2006, I received in the mail a copy of Defendant's Motion to Dismiss, along with the accompanying affidavit and exhibits.

3.  Because of the extrinsic materials I was unsure whether Defendant wished this to be a Motion to Dismiss pursuant to Civil Rule 12(b) or one for Summary Judgment pursuant to Civil Rule 56.

4.  On this date I spoke to Marilyn Kamm, Defendant's attorney and asked whether she intended the Motion to be treated as one for Summary Judgment, or as a Motion to Dismiss. She responded "What difference would it make?" and

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002        Fax 907-565-1000
1-800-478-1234

refused to clarify the matter. She also stated that she expected a response within

15 days.

I say nothing further.


Done this 31ˢᵗ day of January, 2006

_Thomas A. Dosik_ (signature)

Thomas A. Dosik


Subscribed and sworn before me on this _31ˢᵗ_ day of January, 2006.

_Patricia Freeman_ (signature)

Patricia Freeman, Notary Public.

My commission expires _12-13-09_.



DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002    Fax 907-565-1000
1-800-478-1234