Thomas A. Dosik, Esq.
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd.
Anchorage, AK 99508
Telephone: (907) 565-1002
Fax: (907) 565-1000

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| PETER LEE ANDREWS, Plaintiff v. CHESTER LEE WILLIAMS, Defendant | ) ) ) ) ) Case No. A05-212CV (JWS) ) ) ) ) ) ) ) |

**ORDER**

In violation of Civil Rules 12(b) and (c), the "Motion to Dismiss" filed by Defendant [Docket #25] is supported by material extrinsic to the pleadings. The extrinsic materials will not be considered by this Court, and shall be stricken from the record. Plaintiff shall have 15 days from the date of this Order to file and serve an Opposition.

Done this ___ day of February, 2006

 _____
 John W. Sedwick
 U.S. District Court Judge

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002
Fax 907-565-1000
1-800-478-1234