RECEIVED
FEB 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS,       )<br>                          )<br>        Plaintiff,           )<br>                          )<br>    vs.                   )<br>                          )<br>CHESTER LEE WILLIAMS,     )<br>                          )<br>        Defendant.         )<br>_____) | Case No. A05-212 CV (JWS) |

NOTICE OF FILING ORIGINAL SIGNATURE PAGE

Comes now defendant, Sgt. Williams, by and through his attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby gives notice that he is filing the original signature page of the Affidavit of Sgt. Williams in support of his recently filed Motion to Dismiss.

Dated this 2nd day of February, 2006, at Juneau, Alaska.

/////

/////

Notice of Filing Original Signature Page
*Andrews v. Williams,* Case A05-212 CV (JWS)
Page 1 of 2.

```
                                        DAVID W. MÁRQUEZ
                                        ATTORNEY GENERAL

                                        By: /s/ Marilyn J. Kamm
                                            Marilyn J. Kamm
                                            Assistant Attorney General
```

I certify that on February 2, 2006, I caused to be mailed a true and correct copy of the foregoing with first class postage, via the U.S. Post Office to:

Thomas Dosik
Disability Law Center
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503

/s/ Patricia Bower
Patricia Bower, Law Office Assistant

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428   FAX: (907) 465-4043

Notice of Filing Original Signature Page
*Andrews v. Williams,* Case A05-212 CV (JWS)
Page 2 of 2.