3. On May 14, 2004, I observed plaintiff Andrews assault Trooper Zimmerman. Andrews struck Toooper Zimmerman in the right cheek with his right fist, knocking his glasses off and propelling him backwards.

4. I immediately grabbed Andrews by the upper body and with the assistance of Officer Talbert we took the prisoner to the ground. I did not assault Andrews.

5. Attached as Exhibit C is a true and correct copy of the Incident Report I completed regarding Andrews' assault of Trooper Zimmerman.

6. I am aware the Andrews was prosecuted by the State of Alaska as a result of this incident. He was convicted of Assault in the Fourth Degree in *State v. Andrews*, Case No. 3AN-04-5995 cr.

7. I received a commendation from the Alaska State Troopers as a result of my actions in this matter.

Further this affiant sayeth naught.

_____
Chester Lee Williams

SUBSCRIBED AND SWORN TO before me this 25th day of January, 2006, at Anchorage

*Tim Routen Jr.*
Notary Public in and for State of Alaska

My commission expires: *End of office*

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043

Affidavit of Sgt. Williams
*Peters v. Williams*, Case A05-212 CV (JWS)
Page 2 of 2.