Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS,             )<br>                                                  )<br>            Plaintiff,                    )<br>                                                  )<br>    vs.                                       )<br>                                                  )<br>CHESTER LEE WILLIAMS,     )<br>                                                  )<br>            Defendant.                 )<br>_____ ) | Case No. A05-212 CV (JWS) |

MOTION FOR LEAVE TO FILE LATE REPLY

Comes now defendant, by and through his attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby moves for leave to file a late reply to the response to motion.  This motion is supported by the Affidavit of Counsel.

Dated this 21st day of February, 2006, at Juneau, Alaska.

/////

/////

/////

/////

Motion for Leave to File Late Reply
*Andrews v. Williams,* Case A05-212 CV (JWS)
Page 1 of 2.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

I certify that on February 23, 2006, I caused to be mailed a true and correct copy of the foregoing with first class postage, via the U.S. Post Office to:

Mr. Tom Dosik
Disability Law Firm
3330 Arctic Blvd. Suite 103
Anchorage, AK  99503
_____
Patricia Bower, Law Office Assistant

Motion for Leave to File Late Reply
*Andrews v. Williams,* Case A05-212 CV (JWS)
Page 2 of 2.