Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Attorney for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS,<br><br>    Plaintiff,<br><br>vs.<br><br>CHESTER LEE WILLIAMS,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-212 CV (JWS) |

PROPOSED ORDER GRANTING LEAVE TO FILE LATE REPLY

Defendant's motion for leave to file late reply is hereby granted. The Clerk of Court shall accept the Defendant's Reply to Response to Motion to Dismiss for filing.

Dated this ____day of _____, 2006.

_____
John W. Sedwick
U.S. District Court Judge

I certify that on February 23, 2006, I caused to be mailed a true and correct copy of the foregoing with first class postage, via the U.S. Post Office to:

Thomas Dosik
Disability Law Center
3330 Arctic Blvd. Suite 103
Anchorage, AK  99503

*Marilyn Kamm*