

**ANCHORAGE**

3330 Arctic Boulevard
Suite 103
Anchorage, AK 99503
(907) 565-1002
FAX (907) 565-1000
1-800-478-1234

MEMBER·OF·THE
N A T I O N A L
ASSOCIATION·OF
PROTECTION·&
A D V O C A C Y
S Y S T E M S

Marilyn J. Kamm
Assistant Attorney General
Department of Law, Criminal Division
PO Box 110300
Juneau AK 99811
Fax (907) 465-4043

VIA FACSIMILE & FIRST CLASS MAIL

Dear Ms. Kamm:

    I am in receipt of your Answer to Mr. Andrews' Complaint, as well as your Motion to Dismiss, and the accompanying affidavit of Sgt. Williams. I believe Judge Sedwick was quite clear when, in response to your last motion to dismiss, he stated that consideration of materials not in the pleadings would convert it to a motion for summary judgment.

    Additionally, Rule 12 of the Federal Rules of Civil Procedure is not at all ambiguous on this point: "If, on a motion asserting the defense numbered (6) to dismiss for failure of the pleading to state a claim upon which relief can be granted, matters outside the pleading are presented to and not excluded by the court, the motion shall be treated as one for summary judgment and be disposed of as provided in Rule 56, and all parties shall be given reasonable opportunity to present all material made pertinent to such a motion by Rule 56."

    I am giving you the opportunity to either withdraw your motion to dismiss, or inform the court you want it treated as a summary judgment motion. If you do not do so by the close of business today, I will move for sanctions tomorrow.

Sincerely,

Thomas A. Dosik



EXHIBIT  A
PAGE  1  OF  1