

**ANCHORAGE**
3330 Arctic Boulevard
Suite 103
Anchorage, AK 99503
(907) 565-1002
FAX (907) 565-1000
1-800-478-1234

February 1, 2006

Marilyn J. Kamm
Assistant Attorney General
Department of Law, Criminal Division
PO Box 110300
Juneau AK 99811
Fax (907) 465-4043



VIA FACSIMILE & FIRST CLASS MAIL

Dear Ms. Kamm:

    I received your letter yesterday afternoon. Unfortunately, by that time I had already filed a request with the Court, asking for clarification as to how the Court would treat your motion.

    Further, I am puzzled as to why you think that informing me of the standards for summary judgment will ameliorate this situation. I am well aware of the standards for summary judgment, and the Court probably is too. The issue here is that you seem to be unaware of the difference between a motion for summary judgment and one for judgment on the pleadings.

    I still intend to file a request for sanctions unless you take some corrective action. After you filed a "motion to dismiss" supported by unauthenticated exhibits, the court has explained to you the basic requirements for a motion to dismiss, and the requirement that exhibits be properly authenticated. Less than a month later, you filed another "motion to dismiss" supported by improperly authenticated exhibits. This is basic civil procedure, not rocket science. Pursuant to Federal Civil Rule 11, you will receive my motion in the next day or so.

Sincerely,

Thomas A. Dosik.

MEMBER·OF·THE
NATIONAL
ASSOCIATION·OF
PROTECTION·&
ADVOCACY
SYSTEMS

EXHIBIT C
PAGE 1 OF 1