

**DISABILITY LAW CENTER OF ALASKA**

**ANCHORAGE**
3330 Arctic Boulevard
Suite 103
Anchorage, AK 99503
(907) 565-1002
FAX (907) 565-1000
1-800-478-1234

February 1, 2006

Marilyn J. Kamm
Assistant Attorney General
Department of Law, Criminal Division
PO Box 110300
Juneau AK 99811
Fax (907) 465-4043

VIA FIRST CLASS MAIL

Dear Ms. Kamm:

    Pursuant to Civil Rule 11(c), enclosed please find a copy of the Motion for Sanctions.

Sincerely,

Thomas A. Dosik.

MEMBER·OF·THE
NATIONAL
ASSOCIATION·OF
PROTECTION·&
ADVOCACY
SYSTEMS



EXHIBIT D
PAGE 1 OF 1