Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS,           )<br>                                                    )<br>           Plaintiff,                     )<br>                                                    )<br>    vs.                                          )<br>                                                    )<br> CHESTER LEE WILLIAMS,  )<br>                                                    )<br>           Defendant.                  )<br>_____)  | Case No. A05-212 CV (JWS) |

REQUEST FOR STATUS CONFERENCE

Comes now defendant Sgt. Williams, by and through his attorney of record, Marilyn J. Kamm, and hereby requests a status conference to address the outstanding issues in this case.  These issues include the status of defendant's second motion to dismiss and plaintiff's motion for sanctions.  Defendant was served with a copy of a motion for sanctions (See Affidavit of Counsel at docket 29, exhibit D) and prepared an opposition (exhibit A), but the court's docket does not show that plaintiff filed the motion. Counsel for defendant also requests leave to participate in the status conference by telephone.

Dated this 23rd day of February, 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us