Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Attorney for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>CHESTER LEE WILLIAMS, )<br>)<br>    Defendant. )<br>_____ ) | Case No. A05-212 CV (JWS) |

PROPOSED ORDER GRANTING STATUS HEARING

Defendant's motion for a status hearing is hereby granted.  A hearing shall be held before the Honorable _____ on the ____ day of _____, 2006 in courtroom ____ at _____am/pm.  Counsel for defendant may attend the hearing telephonically.  Counsel shall call (907) _____ at the date and time of the hearing to participate in it.

Dated this ____day of _____, 2006.

_____
John W. Sedwick
U.S. District Court Judge

Case 3:05-cv-00212-JWS    Document 31-2    Filed 02/24/2006    Page 2 of 2