Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS,            )<br>                                                      )<br>          Plaintiff,                        )<br>                                                      )<br>     vs.                                         )<br>                                                      )<br>CHESTER LEE WILLIAMS,    )<br>                                                      )<br>          Defendant.                     )<br>_____ ) | Case No. A05-212 CV (JWS) |

ERRATA

Comes now defendant, by and through his attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby advises the court and counsel of the electronic service of the pleadings filed at docket 28, 29, 30, and 31:

Certificate of Service

I hereby certify that on February 23, 2006, a copy of the Motion to Leave to File at docket 28, Affidavit at docket 29, and Motion for Hearing at docket 30 were served electronically on plaintiff's attorney, Mr. Thomas Dosik at tdosik@dlcak.org.

Errata
*Andrews v. Williams,* Case A05-212 CV (JWS)
Page 1 of 2.

I hereby certify that on February 24, 2006, a copy of the Errata at docket 31 was served electronically on plaintiff's attorney, Mr. Thomas Dosik at tdosik@dlcak.org.

Dated this 27th day of February, 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Certificate of Service

I hereby certify that on February 27, 2006, a Copy of the foregoing Errata was served on Plaintiff's attorney, Mr. Thomas Dosik, at tdosik@dlcak.org

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Errata
*Andrews v. Williams,* Case A05-212 CV (JWS)
Page 2 of 2.