Thomas A. Dosik, Esq.
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd, Suite 103
Anchorage, AK 99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
E-Mail: Tdosik@dlcak.org

## UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. A05-212CV (JWS) |
| v. ) | |
| ) | |
| CHESTER LEE WILLIAMS, ) | |
| ) | |
| Defendant ) | |
| ) | |

### OPPOSITION TO REQUEST FOR STATUS CONFERENCE

Defendant has requested a status conference to discuss various issues pending in this case. [Docket 30] The only issue currently in front of the Court is whether to treat Defendant's second Motion to Dismiss as a Motion to Dismiss or as a Motion for Summary Judgment. Plaintiff firmly believes that the Court can handle this issue without further input from the parties.

Done this 13th day of March, 2006.

Disability Law Center of Alaska

*/s/ Thomas A. Dosik*

Thomas A. Dosik, Esq., ABA #9505018
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
E-mail: tdosik@dlcak.org

---

I, Thomas A. Dosik, hereby certify that, on March 13, 2006, a copy of this document was served electronically on Marilyn Kamm at Marilyn_Kamm@law.state.ak.us

*/s/ Thomas A. Dosik*
Thomas A. Dosik.