Marilyn J. Kamm  
Assistant Attorney General  
Department of Law  
Criminal Division Central Office  
P.O. Box 110300  
Juneau, AK  99811  
(907) 465-3428  
FAX:  (907) 465-4043  
Alaska Bar No. 7911105  
Attorney for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHESTER LEE WILLIAMS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. A05-212 CV (JWS) |

REPLY TO OPPOSITION TO REQUEST FOR STATUS CONFERENCE

The Status Conference could also serve as a scheduling and planning conference to set parameters and deadlines for discovery and pleadings.  The complaint was filed in September, 2005, and the answer was filed in January, 2006.  Sgt. Williams has meritorious affirmative defenses and he would like this litigation to proceed expeditiously and not be protracted.

Dated this 23rd day of March, 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ  
ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105

State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

I certify that on March 23, 2006, I caused the foregoing
To be served electronically on plaintiff's attorney:

Mr. Tom Dosik
Disability Law Firm
3330 Arctic Blvd. Suite 103
Anchorage, AK  99503

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Reply to Opposition to Request for Status Conference
*Andrews v. Williams,* Case A05-212 CV (JWS)
Page 2 of 2.