Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS,              )<br>                                                )<br>           Plaintiff,                       )<br>                                                )<br>     vs.                                      )<br>                                                )<br> CHESTER LEE WILLIAMS,    )<br>                                                )<br>           Defendant.                   )<br>_____) | Case No. A05-212 CV (JWS) |

REPLY TO OPPOSITION TO MOTION TO FILE REPLY LATE

Plaintiff's opposition to Sgt. Williams' motion for leave to file late reply ignores or misstates several key facts.  First of all, plaintiff solicited the Errata filed by Defendant at docket 34 that he now asks the court to strike.  In his letter dated February 27, 2006, counsel wrote:

> There seems to be some confusion regarding my proposed Motion for Sanctions.  Pursuant to Rule 11©(1)(A) of the Federal Rules of Civil Procedure, I served you with the motion but I have not yet filed it.  You still have an opportunity to take some corrective action.

Exhibit A, Letter from Mr. Dosik dated February 27, 2006.

Reply to Opposition to Motion to File Reply Late
*Andrews v. Williams,* Case A05-212 CV (JWS)
Page 1 of 3.

In his earlier letter, the corrective action he demanded was for counsel "to either withdraw your Motion to Dismiss, or inform the court that you want it treated as a summary judgment motion." Exhibit A to Docket 29. Counsel for Sgt. Williams took the corrective action plaintiff demanded and informed the court that he wanted the Motion to Dismiss treated as a Motion for Summary Judgment with the filing of the Errata at docket 34.

Secondly, there is no civil rule that authorizes the plaintiff's response at docket 26. D.Ak.LR.7.1(a) authorizes the filing of a Motion and an Opposition. If a party proposes to file a pleading or brief not authorized by the rules, the party must serve and file a motion requesting permission to do so. D.Ak.LR.7.1(h)(1). A Motion to Strike is the typical motion filed when an opposing party has filed a pleading in contravention of the rules.

When counsel for Sgt. Williams discovered that a reply to the response had been calendared, she began drafting her affidavit and other pleadings the following business day, February 21, 2006. That the pleadings and exhibits were not electronically filed until February 23, 2006 was the result of a new dysfunctional scanner in counsel's office and her inexperience with electronic filing in federal court. See Errata at docket 31 & 33.

Thirdly, the exhibits to Sgt. Williams' motion are properly authenticated. Plaintiff served a Motion for Sanctions on Sgt. Williams, to which counsel served an opposition. The exhibits to docket 25 are self-authenticating, admissible pursuant to Evidence Rule 902. Plaintiff's failure to file his Motion for Sanctions is a tacit admission that the defendant's exhibits are admissible.

Sgt. Williams respectfully requests that the court grant the motion for leave to file the late reply so that the merits of his defenses to this case can be addressed in a

timely manner.  Plaintiff's complaint was filed September 1, 2005, and the case has been pending for over six months.

Dated this 23rd day of March, 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

I certify that on March 23, 2006, I caused the foregoing
To be served electronically on plaintiff's attorney:

Mr. Tom Dosik
Disability Law Firm
3330 Arctic Blvd. Suite 103
Anchorage, AK  99503

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us