

**ANCHORAGE**
3330 Arctic Boulevard
Suite 103
Anchorage, AK 99503
(907) 565-1002
FAX (907) 565-1000
1-800-478-1234

February 27, 2006

Marilyn J. Kamm
Assistant Attorney General
Department of Law, Criminal Division
PO Box 110300
Juneau AK 99811
Fax (907) 465-4043

VIA FACSIMILE & FIRST CLASS MAIL

Dear Ms. Kamm:

    There seems to be some confusion regarding my proposed Motion for Sanctions. Pursuant to Rule 11(c)(1)(A) of the Federal Rules of Civil Procedure, I served you with the Motion but I have not yet filed it. You still have an opportunity to take some corrective action.

Sincerely,

*Thomas A Dosik*

Thomas A. Dosik.



MEMBER·OF·THE
NATIONAL
ASSOCIATION·OF
PROTECTION·&
ADVOCACY
SYSTEMS

EXHIBIT __A__
PAGE _1_ OF _1_