MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*PETER LEE ANDREWS*   v.   *CHESTER LEE WILLIAMS*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:05-cv-212 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: April 29, 2006

    The motion for a status conference at docket 30 is **GRANTED** as follows: A brief status conference will be held in Courtroom 3 on **May 4, 2006**, at **8:30 AM** to discuss such matters as may assist in the expeditious resolution of this dispute.