Thomas A. Dosik, Esq.
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
E-Mail: Tdosik@dlcak.org

## UNITED STATES DISTRICT COURT

### DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS,<br><br>  Plaintiff<br><br>v.<br><br>CHESTER LEE WILLIAMS,<br><br>  Defendant | )<br>)<br>)<br>)<br>) Case No. A05-212CV (JWS)<br>)<br>)<br>)<br>)<br>)<br>) |

### SECOND AMENDED COMPLAINT

Plaintiff hereby files his Second Amended Complaint in this matter. Plaintiff, while proceeding pro se, filed his First Amended Complaint, but did not serve opposing counsel with a copy. This Second Amended Complaint is intended to incorporate and preserve the substantive allegations of the First Amended Complaint.

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1331.

2. Venue is proper in this district because the events giving rise to this cause of action occurred at the Cook Inlet Pretrial Facility in Anchorage, Alaska.

3. Plaintiff Peter Lee Andrews is, and was at all times relevant to this case, a prisoner in the custody of the Alaska Department of Correctiosn. At the time of the events relevant hereto, Plaintiff was incarcerated at Cook Inlet Pretrial Facility. Plaintiff is currently incarcerated at Spring Creek Correctional Center.

4. Defendant Chester Lee Williams is employed by the State of Alaska Department of Corrections, and holds the rank of Sergeant. At all times

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002   Fax 907-565-1000
1-800-478-1234

relevant hereto, he was assigned to Cook Inlet Pretrial.

5. On or About May 14, 2004, at 7:55 a.m. Plaintiff was in Cook Inlet Pretrial booking area when Defendant took plaintiff to the ground by grabbing Plaintiff's upper body.

6. Plaintiff was then on the ground when Defendant unnecessarily hit him in the ribs, causing Plaintiff serious physical harm.

7. During the May 14, 2004 incident Defendant also took Plaintiff's prescription eye glasses.

8. Plaintiff's glasses have not been returned to him, and Department of Corrections has failed to provide him with another pair.

9. The loss of Plaintiff's glasses has caused him double vision, headaches, as well as loss of vision.

10. Defendant's conduct was in violation of 42 U.S.C. § 1983, and the Eight Amendment to the United States Constitution.

11. Plaintiff was located at the Anchorage Jail when he filed a request for interview copout to receive a lost property report.

12. Plaintiff filed a lost property report on October 18, 2004.

13. While at Anchorage Jail, Plaintiff filed a prisoner grievance on November 16, 2004, log number 9448.

14. After denial of the grievance, Plaintiff filed a prisoner grievance appeal, log number 8919.

15. The Plaintiff's prisoner grievance appeal was denied on May 17, 2005.

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002   Fax 907-565-1000
1-800-478-1234

Wherefore Plaintiff requests that this Court order

    A.    Defendant to pay damages in an amount to be proven at trial;

    B.    That Defendant be ordered to provide Plaintiff with an appropriate pair of prescription eyeglasses;

    C.    That Plaintiff be awarded all costs and attorney fees;

    D.    Such other relief as may be just and proper.

Done this 8th day of May, 2006.

Disability Law Center of Alaska

_____
Thomas A. Dosik, Esq., ABA #9505018
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
E-mail: tdosik@dlcak.org

---

I, Thomas A. Dosik, hereby certify that, on March 13, 2006, a copy of this document was served electronically on Marilyn Kamm at Marilyn_Kamm@law.state.ak.us

_____
Thomas A. Dosik.

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002    Fax 907-565-1000
1-800-478-1234