Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Attorney for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHESTER LEE WILLIAMS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. A05-212 CV (JWS) |

**ANSWER TO SECOND AMENDED COMPLAINT**

Comes now Chester Lee Williams, by and through his attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby responds to the second amended complaint:

1. This allegation requires no response.

2. Admit that venue is in Anchorage.

3. Admit, with the exception that Cook Inlet Pretrial Center has been renamed the Anchorage Correctional Complex-West.

4. Admit.

Answer to Second Amended Complaint
*Peters v. Williams,* Case A05-212 CV (JWS)
Page 1 of 3.

5. Admit that Sgt. Williams grabbed plaintiff's upper body after he saw plaintiff assault Trooper Zimmerman. He and another officer took the prisoner to the ground to restore order in the facility.

6. Denied.

7. Denied.

8. Deny that the glasses were taken from him, but admit that DOC has not provided him with another pair.

9. Denied.

10. Denied.

11. Admit.

12. Admit.

13. Admit grievance #9448 is dated 11/16/04; deny that it was filed in compliance that date.

14. Deny that plaintiff filed grievance #8919 after he filed grievance #9448.

15. Admit that grievance appeal #8919 was denied on May 17, 2005.

## AFFIRMATIVE DEFENSES

1. Plaintiff fails to state a claim for relief.

2. Plaintiff's claim is barred by *res judicata* and collateral estoppel.

3. Plaintiff's claim is frivolous.

4. Plaintiff failed to exhaust his administrative remedies.

5. Any injury to plaintiff resulted from his illegal assault against Trooper Zimmerman.

    Wherefore, defendant prays that this court dismiss this case, award full

Attorneys fees and costs, and provide defendant with such other and further relief as is

Answer to Second Amended Complaint
*Peters v. Williams,* Case A05-212 CV (JWS)
Page 2 of 3.

just and fair.

        Dated this ____ day of May, 2006, at Juneau, Alaska.

        DAVID W. MARQUEZ
        ATTORNEY GENERAL

        By: s/Marilyn J. Kamm, ABA 7911105
        State of Alaska
        Department of Law
        Criminal Division Central Office
        PO Box 110300
        Juneau, AK  99811
        Phone: (907) 465-3428
        Fax: (907) 465-4043
        Marilyn_Kamm@law.state.ak.us

I certify that on May 19, 2006, a copy of the foregoing
Document was served electronically
By:

s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Answer to Second Amended Complaint
*Peters v. Williams,* Case A05-212 CV (JWS)
Page 3 of 3.