# PRISONER GRIEVANCE

| PRINT NAME | INSTITUTION - MODULE | OBSCIS NUMBER | LOG NUMBER |
|---|---|---|---|
| [illegible] | AJCC [illegible] | 47[illegible] | 8919 |

| DATE OF INCIDENT | DESCRIBE INCIDENT AND YOUR ATTEMPTS TO HANDLE IT INFORMALLY. ONE ISSUE PER GRIEVANCE. |
|---|---|
| [illegible] | |

IN JULY I SENT IN FOR LOST PROPERTY AT S.C.C.C. WHICH WAS SENT TO C.I.P.T. ON 8-23-04 AT S.C.C.C. I SENT [illegible] TO CHECK ON [illegible] [illegible] LOST PROPERTY AT CIPT. The S.C.C.C. [illegible] SAID they ARE WORKING ON IT. IT IS NOW 9-18-04 AND I STILL DO NOT KNOW WHERE MY PROPERTY IS.

ON 9-13-04 I SENT A COPOUT TO AJCC PROPERTY TO GET A LOST PROPERTY FORM [illegible] AND NOW I AM TAKING LEGAL COPIES FOR EVIDENCE AND AGAIN I AM REQUESTING WHAT HAPPEN TO MY PROPERTY AT C.I.P.T?

IN POLICY AND PROCEDURES I AM SUPPOSE TO KNOW IN 3 WORKING DAYS OF WHAT HAPPEN TO MY PROPERTY.

(Attach additional pages if necessary)

I REQUEST THE FOLLOWING RELIEF: (State outcome you are seeking):
C.I.P.T IS TO tell ME WHERE MY PROPERTY WENT AND WHO GAVE the PERMISSION.

I UNDERSTAND THAT THIS GRIEVANCE MUST BE FILED WITH THE GRIEVANCE COORDINATOR WITHIN 30 DAYS OF THE OCCURRENCE OR MY KNOWLEDGE OF THIS INCIDENT.

DATE: 9-18-04 PRISONER'S SIGNATURE: [signature]

I ACKNOWLEDGE RECEIPT OF THIS GRIEVANCE AND HAVE ISSUED THE LOG NUMBER ABOVE FOR REFERENCE. PLEASE REFER ANY INQUIRES ABOUT THIS GRIEVANCE TO THE ASSIGNED LOG NUMBER.

DATE FILED IN COMPLIANCE: 9/27/04 GRIEVANCE COORDINATOR'S SIGNATURE: [signature]

*Department of Corrections Form #808.03C*
*Revised: 07/98* Page 1 of 2

EXHIBIT B
PAGE 1 OF 3

STATE OF ALASKA | PRISONER GRIEVANCE - PAGE 2 | DEPARTMENT OF CORRECTIONS

PRISONER NAME: Andrews Peter

LOG NUMBER: 8919.

INVESTIGATOR'S FINDINGS AND RECOMMENDATIONS:

I do not have a copy of the paperwork that relates to any missing property. a copy of the property log for the periods he mentioned are enclosed. he departed this facility on 7-2-04 a disbursement was made of his property on 7/6/04 of Items that were not transported to Spring Creek. it looks as if all his property was accounted for. without a specific Item or Items to look for I do not have anything further to submit on this report ~~he claims to have been filed~~. I recommend Spring Creek evaluate this information against the claim he filed there.

INVESTIGATION: I met with grievant on ____ at ____ hours.

INVESTIGATOR'S SIGNATURE: B. [signature] DATE: 5-3-05

SUPERINTENDENT'S FINDINGS AND DETERMINATION:

Agree with the findings

SUPERINTENDENT'S SIGNATURE: [signature] 5/5/05 DATE:

PRISONER'S RESPONSE:

☐ I AM SATISFIED WITH THIS RESPONSE

☒ I AM NOT SATISFIED WITH THIS RESPONSE

☐ BUT DO NOT WISH TO APPEAL.

☐ AND DO ATTEND TO APPEAL TO THE DIRECTOR OF INSTITUTIONS OR MEDICAL DIRECTOR.

I UNDERSTAND THAT MY COMPLETED STATEMENT OF APPEAL FORM MUST BE SUBMITTED TO THE GRIEVANCE COORDINATOR WITHIN TWO WORKING DAYS OF THIS DATE.

PRISONER'S SIGNATURE: Peter Lee Andrews DATE: 13 MAY 2005

FORM DELIVERED TO PRISONER BY OFFICER: A. RITALA [signature] 011 (PRINT NAME/SIGNATURE) 5/13/05 1000 (DATE/TIME)

DISTRIBUTION: Original to Prisoner Case File
Prisoner
Grievance Coordinator

EXHIBIT B
PAGE 2 OF 3





Grievance Appeal Due
Date 5/15/05 Time 1000

| PRINT NAME | INSTITUTION/MODULE | OBSCIS NUMBER | LOG NUMBER |
|---|---|---|---|
| Peter Lee Andrews | SCCC-Delta | 478966 | 8919 |

DATE OF APPEAL 13th May 2005 I am appealing the Superintendent 's determination for the following reasons:

ON May 14th 2004 Sgt. Williams Lost my Nikey Flex Eye prescription classes. Cook Inlet pretrial Lost my Panasonic CD player, 2 CDs, 3 magazines.

The only property that was disbursed to my Father was personal papers, 2 bowl w/lid, count classic shoes & monopoly game.

The Investigator Did Not metion what happen to my Lost Property went.

Sents the Sgt. Williams Lost my Glasses it causes me a Great Deal of pain. I AM Legally bline without them.

I ask D.O.C Replace my 300 Dollar Nikey Flex Glasses that a D.O.C Officer Lost. Which is ON File with medical For price check and Description.

I ask D.O.C Replace my CD player, 2 CDs, 3 magazines that D.O.C Lost. Which is on File that I bought them and were Listed is in my property.

Please write your decision in print thank you for your time

Sincerely,

PRISONER'S SIGNATURE: Peter L. Andrews

RECEIVED MAY 14 2005 Sgt. Quining SCCC

I ACKNOWLEDGE RECEIPT OF THIS GRIEVANCE APPEAL STATEMENT AND HAVE LOGGED IT WITH THE APPROPRIATE INITIALLY FILED GRIEVANCE.

~~Department corrections Buy me my Nike Flex Glasses that a corrections officer Lost which is on File and it's on File with medical that I got my Glass while was in D.O.C. I ask D.O.C replace my Lost CD player, 2 CDs, 3 magazines that D.O.C Lost and can not Find because D.O.C miss File the proper paper work.~~

DATE FILED IN COMPLIANCE: ~~[illegible]~~ GRIEVANCE COORDINATOR'S SIGNATURE: ~~[illegible]~~

Date Filed [illegible] Grievance Cordinator Signature

DIRECTOR OF INSTITUTION'S/MEDICAL ADVISORY COMMITTEE'S DECISION:

Mr. Andrews: Your appeal has been reviewed. There is no documented evidence of staff losing your property. Your appeal is denied.

024

[signature] 5/17/05

Director of Institutions Date

Distribution: Original to Prisoner Case File
Institutional Grievance Coordinator / Grievance & Compliance Administrator (Central Office) / Prisoner

*Department of Corrections Form #808.03D*
*Rev. 07/95*

EXHIBIT B
PAGE 3 OF 3

