## PRISONER GRIEVANCE

A

| Print Name | Institution/Module | OTIS Number | Log Number |
|---|---|---|---|
| PETER LEE, ANDREWS | ASCC MAX CELL8 | 478966 | 9448 |

**Date of incident:** 11-16-04

**Describe incident and your attempts to handle it informally/One issue per grievance.**

ON MAY 14th 2004. SGT. Williams Lost my Glasses. I ask OFFicer tubut to FIND them, Which is a EYE witness who seen Sgt.williams put my Glasses on the counter. OFFicer tubut said "I Look EVERY and can Not FIND them." ON 10-18-04 I put in a Lost property Form. I then put in a copout to ask whats going on with this issuee. It has Now been Days Sents I turN iN the proper paper work. SGt. Williams Lost my Glasses at cook Inn Let pretrial Department OF CORRections.

(Attach additional pages if necessary.)

**I request the following relief (State outcome you are seeking):**

I would LiKE Either SGt. Williams to Replace my Glasses OR with money OR the Department OF CORRection's Replace, reimburst with money.

I understand that this grievance must be filed with the Grievance Coordinator within 30 days of the occurrence or my knowledge of this incident.

**Date:** 11-16-04   **Prisoner's Signature:** Peter Lee Andrews

I acknowledge receipt of this grievance and have issued the log number above for reference. Please refer any inquiries about this grievance to the assigned log number.

**Date filed in compliance:** 11/23/04   **Grievance Coordinator's Signature:** [signature]

Department of Corrections Form #808.03C
Rev. 04/02

PAGE FOUR

Page 1 of 2

018

EXHIBIT C
PAGE 1 OF 3

STATE OF ALASKA                              DEPARTMENT OF CORRECTIONS
                        GRIEVANCE SCREENING FORM

To: __Andrews, Peter # 478966__     __9448 A&B__
    Prisoner's Name/OTIS Number        Log Number

    __ACC-East__
    Institution

Your grievance is being returned to you because: (see the applicable line checked below)

___ a. The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC Policy 808.03.

___ b. The grievance is not within the institution or the Department's jurisdiction.

___ c. The issued grieved was not first addressed informally.

___ d. This issue was already grieved by the prisoner or by another prisoner and resolved.

___ e. The grievance was submitted on behalf of another prisoner who is able to file his or her own grievance.

___ f. This form is not filled out completely.

___ g. The grievance was not filed within 30 days.

_X_ h. The grievance is grieving on action not yet taken.

___ i. The grievance contains inappropriate use of obscene or profane words.

___ j. The grievance is factually incredible or clearly devoid of merit.

___ k. Specific relief sought is not clear.

___ l. The grievance raises unrelated issues that should be presented in separate grievances.

___ m. The grievance is against the Superintendent, but is not for action taken directly by the Superintendent.

___ The above noted reason for screening your grievance is not self-explanatory. The following written explanation is provided to clarify the above noted screening decision.

__Log # 8919 awaiting information for final investigation.__

__11/22/04__                              __[signature]__
Date                                       Signature of Grievance Coordinator

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to the Superintendent in writing. The appeal must be attached to your grievance and to this screening form.

Distribution:   Original to Prisoner Case File
                Prisoner
                Grievance Coordinator

Department of Corrections, Form 808.03A
Rev. 06/03

EXHIBIT __C__
PAGE __2__ OF __3__

019

## PRISONER GRIEVANCE APPEAL STATEMENT

| PRINT NAME | INSTITUTION/MODULE | OBSCIS NUMBER | LOG NUMBER |
|---|---|---|---|
| Peter Lee Andrews | AJCC - MAX SEG | 47896 | 9448 |

**DATE OF APPEAL** 11-30-04

I am appealing the Superintendent's determination for the following reasons:

ON 11-16-04 I FILE THE PROPER PAPER WORK I GOT NO RECEIPT OR ANSWER. ON MAY 14th, 2004 SGT. Chester Lee Williams LOST MY Glasses IN booking CORRECTIONS OFFICER DAVID EARL Talbert IS A WITNESS about where MY Glasses were place BY SGT. Chester Lee Williams. The Glasses that were Lost is a value of $300.00

I would Like SGT. Chester Lee Williams or Department Corrections PAY ME $300.00 FOR SGT. Chester Lee Williams who Lost my Glasses.

**PRISON'S SIGNATURE:** Peter Lee Andrews

I ACKNOWLEDGE RECEIPT OF THIS GRIEVANCE APPEAL STATEMENT AND HAVE LOGGED IT WITH THE APPROPRIATE INITIALLY FILED GRIEVANCE.

**DATE FILED IN COMPLIANCE:** 12/6/04  **GRIEVANCE COORDINATOR'S SIGNATURE:**

**DIRECTOR OF INSTITUTIONS/MEDICAL ADVISORY COMMITTEE'S DECISION:**

INVESTIGATION INCOMPLETE AT THIS TIME   DENIED

12/7/04

ORIGINAL

Distribution: Original to Prisoner Case File
Institutional Grievance Coordinator/Grievance & Compliance Administrator (Central Office)/Prisoner

Form 808.03D                                                        Page 1 of 1

020



EXHIBIT C
PAGE 3 OF 3