| PRISONER'S NAME | INSTITUTION | OFFENDER NUMBER | LOG NUMBER |
|---|---|---|---|
| PETER LEE. ANDREWS | SCCC - Delta | 478966 | 11212 |

DATE OF INCIDENT

30th JUNE 05

DESCRIBE INCIDENT AND YOUR ATTEMPTS TO HANDLE IT INFORMALLY.
ONE ISSUE PER GRIEVANCE.

I SENT a Copout address to Sgnt Chester LEE williams Jr
C.I.P.T. To ask a Question on what CORRECTIONAl
OFFICERs were NEAR me OR took ME to the Floor
iN booking ARea ON MAy 14th 2004,

I have a witness NAme JENElle Scheder O'BRYANT
who is a state trooper For court TRANSport who seeN
CORRECTIONAl OFFICERs punching me iN the Ribs when they
took ME to the FLOOR!

Sgnt. Chester Lee williams DID NOT RECEIVE the Copout
because a OFFICER SAID I had to maii/ the Copout

(Attach additional pages if necessary)

I REQUEST THE FOLLOWING RELIEF: (State outcome you are seeking): I SEEK that all correctionAl
OFFICERs ARE TRAiN to KNOW the policy AN procedgers that
the copout is iN the DEPARTMENT OF correctionS AN it should
be FAX to C.I.P.T to sgnt Chester LEE williAms,

I UNDERSTAND THAT THIS GRIEVANCE MUST BE FILED WITH THE GRIEVANCE COORDINATOR WITHIN 30 DAYS OF THE
OCCURRENCE OR MY KNOWLEDGE OF THIS INCIDENT.

DATE: 30th JUNE 2005    PRISONER'S SIGNATURE: *Peter Lee Andrews*

I ACKNOWLEDGE RECEIPT OF THIS GRIEVANCE AND HAVE ISSUED THE LOG NUMBER ABOVE FOR REFERENCE. PLEASE REFER
ANY INQUIRES ABOUT THIS GRIEVANCE TO THE ASSIGNED LOG NUMBER.

DATE FILED IN COMPLIANCE: 6/25/05    GRIEVANCE COORDINATOR'S SIGNATURE: _____

05 796

Department of Corrections Form #808.03C
Revised: 07/95    Page 1 of 2

EXHIBIT O
PAGE 1 OF 2

013

## GRIEVANCE SCREENING FORM

TO:  **ANDREWS, PETER #478966**
Prisoner's Name/OTIS Number

**11212 SC#05-196**
Log Number

**Spring Creek Correctional Center**
Institution

Your grievance is being returned to you because (see the applicable line checked below):

☐  a.  The action or decision being grieved is not a grievable issue as specified in section A.2 of DOC Policy 808.03.

☐  b.  The grievance is not within the institution's or Department's jurisdiction.

☐  c.  The issue grieved was not first addressed informally.

☐  d.  This issue was already grieved by the prisoner or by another prisoner and resolved.

☐  e.  The grievance is submitted on behalf of another prisoner who is able to file his or her own grievance.

☐  f.  This form is not filled out completely.
Instructions: _____
_____

☒  g.  The grievance was not filed within 30 days.

☐  h.  The grievance is grieving an action not yet taken.

☐  i.  The grievance contains inappropriate use of obscene or profane words.

☒  j.  The grievance is factually incredible or clearly devoid of merit.

☐  k.  Specific relief sought is not clear.

☐  l.  The grievance raises unrelated issues that should be presented in separate grievances.

☐  m.  The grievance is against the Superintendent, but is not for action taken directly by the Superintendent.

☐  The above noted reason for screening your grievance is not self-explanatory. The following written explanation is provided to clarify the above noted screen decision:

You claim that this incident happened on 14 May 05, you have 30 days from the date of the incident to file a grievance. Since it has been more that a year since this incident happened you have well exceeded the time limit.

RECORDS

**06-28-05**
Date

Signature of Grievance Coordinator

If you have evidence to show that this screening decision is incorrect or improper, you may appeal the decision to the Superintendent in writing. The appeal must be attached to your grievance and to this screening form.

Distribution:    Original to Prisoner Case File
Prisoner
Grievance Coordinator

EXHIBIT 0
PAGE 2 OF

**Screening Appeal Due**
Date _07/01_ Time _0600_

014
Page 1 of 1