Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Attorney for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHESTER LEE WILLIAMS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 3:05-CV-212 JWS |

PROPOSED ORDER GRANTING SUMMARY JUDGMENT

Defendant's Motion for Summary Judgment is hereby granted.  Plaintiff is required under the Prison Litigation Reform Act to fully exhaust his administrative remedies prior to filing suit.  In this case plaintiff failed to fully exhaust his administrative remedies regarding his claim that he was assaulted by Sgt. Williams.

Dated this ____ day of _____, 2006.

_____
John W. Sedwick
U.S. District Court Judge