IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

PETER LEE ANDREWS, )
)
    Plaintiff, )
)
vs. )
)
CHESTER LEE WILLIAMS, )
)
    Defendant, )   Case No. 3:05-CV-212 JWS
)

## CERTIFICATE OF SERVICE

I certify that on September 26, 2006, I caused to be served electronically to the plaintiff's attorney, a true and correct copy of the MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT ON EXHAUSTION OF REMEDIES in the above-captioned case to:

    Mr. Tom Dosik
    Disability Law Firm
    3330 Arctic Blvd. Suite 103
    Anchorage, AK 99503

_____    9/27/06
Dan Peterson              Date

1