Thomas A. Dosik, Esq.
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd, Suite 103
Anchorage, AK  99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
E-Mail: Tdosik@dlcak.org

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS,<br><br>  Plaintiff<br><br>v.<br><br>CHESTER LEE WILLIAMS,<br><br>  Defendant | Case No. A05-212CV (JWS) |

## OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Defendant Chester Williams has moved for summary judgment on the basis that Plaintiff Peter Lee Andrews has not exhausted his administrative remedies.  This motion must be denied because Defendant fails to present any admissible evidence in support of the motion.

Despite already having been informed by this court that "exhibits" filed with a motion must include an affidavit or declaration certifying the documents pursuant to Federal Rule of Evidence 1005.  [Docket 19], defendant Williams once again filed a motion for summary judgment supported by unauthenticated documents. [Docket 47] Although Defendant's memorandum does mention, at page 1, the affidavits of Sgt. Brunning and Lt. Maccagno, these affidavits were not filed, and appear nowhere in

the court record. The "exhibits" denominated A through E, are completely unauthenticated by any sort of affidavit or declaration.

Without any admissible evidence presented in support of the motion, Defendant has completely failed to make a showing that there is no genuine issue of material fact, and that he is entitled to judgment as a matter of law. Therefore, Defendant's motion must be denied.

Done this 12 day of October, 2006.

                                          Disability Law Center of Alaska

                                          Thomas A. Dosik, Esq., ABA #9505018
                                          3330 Arctic Blvd., Suite 103
                                          Anchorage, AK   99503
                                          Telephone: (907) 565-1002
                                          Fax: (907) 565-1000
                                          E-mail:  tdosik@dlcak.org

---

I, Thomas A. Dosik, hereby certify that, on March 13, 2006, a copy of this document was served electronically on Marilyn Kamm at Marilyn_Kamm@law.state.ak.us

Thomas A. Dosik.