Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

PETER LEE ANDREWS, )
)
Plaintiff, )
)
vs. )
)
CHESTER LEE WILLIAMS, )
)
Defendant. )
_____ ) Case No. 3:05-cv-212-JWS

**AFFIDAVIT OF SGT. BARRY BRUNING**

STATE OF ALASKA  )
                 ) ss.
THIRD JUDICIAL DISTRICT )

I, Barry Bruning, after being duly sworn and based upon my personal knowledge state that:

1. I am an employee of the State of Alaska, Department of Corrections "DOC" and have worked for DOC for 10 years. I work at Spring Creek Correctional Center as a Standards Sergeant, and have been employed in this

Affidavit of Sgt. Barry Bruning
*Andrews v. Williams*, Case 3:05-cv-212-JWS
Page 1 of 3.

1. position for over 3 years. My duties as a Standards Sergeant include logging in inmate grievances and grievance appeals in the grievance log book, assigning grievances for investigation when necessary, and screening out grievances that do not comply with DOC grievance policy.

2. Exhibit A is a true and correct copy of Policy and Procedure #808.03, that has been in effect since May 23, 2002.

3. Exhibit D, p. 1 is a true and correct copy of the Prisoner Grievance filed by plaintiff on June 28, 2005, log number 11212. The incident he described allegedly took place on May 14, 2004.

4. Exhibit D, p. 2 is a true and correct copy of the Grievance Screening Form I completed. I advised the inmate that his grievance was being returned to him because it was untimely. Grievances must be filed within 30 days of the incident. Secondly, I also noted that the grievance was factually incredible or devoid of merit.

5. I also advised plaintiff of the date his appeal was due if he planned to appeal from my grievance screening. His appeal was due July 1, 2005, at 6 am.

6. Inmate Andrews did not file an appeal.

Further this affiant sayeth naught.

_____
Sgt. Barry Bruning

Affidavit of Sgt. Barry Bruning
Andrews v. Williams, Case 3:05-cv-212-JWS
Page 2 of 3.

SUBSCRIBED AND SWORN TO before me this 5 day of ~~August~~ Sept, 2006, at Seward, Alaska.

Notary Public in and for State of Alaska
My Commission Expires: March 20, 2007

Affidavit of Sgt. Barry Bruning
*Andrews v. Williams*, Case 3:05-cv-212-JWS
Page 3 of 3.