

Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendant Williams

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

PETER LEE ANDREWS,                    )
                                      )
            Plaintiff,                )
                                      )
      vs.                             )
                                      )
CHESTER LEE WILLIAMS,                 )
                                      )
            Defendant.                )
——————————————————————————  )   Case No. 3:05-cv-212-JWS

### AFFIDAVIT OF LT. ROBERT MACCAGNO

STATE OF ALASKA          )
                         )   ss.
THIRD JUDICIAL DISTRICT  )

        I, Robert Maccagno, after being duly sworn and based upon my personal

knowledge state that:

        1.      I am an employee of the State of Alaska, Department of

Corrections "DOC." I am the Standards Officer for Anchorage Correctional Center

West and Anchorage Correctional Center East. My duties include logging in

Affidavit of Lt. Robert Maccagno
*Andrews v. Williams,* Case 3:05-cv-212-JWS
Page 1 of 2.

ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043

inmate grievances and grievance appeals in the grievance log book, assigning

grievances for investigation when necessary, and screening out grievances that do

not comply with DOC grievance policy.

    2.    Exhibit B, p. 1 is a true and correct copy of the Prisoner

Grievance filed by plaintiff on September 27, 2004, log number 8919.    Exhibit B,

p. 2 is a true and correct copy of the response to the grievance.  Exhibit B, p. 3 is a

true and correct copy of plaintiff's appeal and the denial of the appeal.

    3.    Exhibit C, p. 1 is a true and correct copy of the Prisoner

Grievance filed by plaintiff on November 23, 2004, log number 9448.  Exhibit C,

p. 2 is a true and correct copy of the response to the grievance.  Exhibit C, p. 3 is a

true and correct copy of plaintiff's appeal and the denial of the appeal.

    Further this affiant sayeth naught.

Lt. Robert Maccagno

SUBSCRIBED AND SWORN TO before me this 8 day of ~~August~~, Sept 2006, at
Anchorage, Alaska.

NOTARY PUBLIC

Notary Public in and for State of Alaska

My Commission Expires: 3.28-07

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043

Affidavit of Lt. Robert Maccagno
*Andrews v. Williams*, Case 3:05-cv-212-JWS
Page 2 of 2.