Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS,        ) | |
| )                          | |
| Plaintiff,            )     | |
| )                          | |
| vs.                       ) | |
| )                          | |
| CHESTER LEE WILLIAMS,     ) | |
| )                          | |
| Defendant.            )    | |
| _____ ) | Case No. 3:05-cv-212-JWS |

NOTICE OF FILING AFFIDAVITS OF SGT. BRUNING & LT. MACCAGNO

Comes now defendant, Sgt. Williams, by and through his attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby gives notice that he has filed the Affidavits of Sgt. Bruning and Lt. Maccagno at docket 52 & 53 in support of his recently filed Motion for Summary Judgment that are referenced in that pleading.  The Errata filed at docket 51 was erroneously filed and should be disregarded.

Dated this 19th day of October, 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Notice of Filing Affidavits
*Andrews v. Williams,* Case 3:05-cv-212-JWS
Page 1 of 2.

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

I certify that on October 19, 2006, a copy of the foregoing
Document & Affidavits were served electronically on Thomas Dosik,
Disability Law Center, 3330 Arctic Blvd., Suite 103,
Anchorage, Ak  99503

By:
s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Notice of Filing Affidavits
*Andrews v. Williams,* Case 3:05-cv-212-JWS
Page 2 of 2.