Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS,                )<br>                                                          )<br>            Plaintiff,                            )<br>                                                          )<br>    vs.                                               )<br>                                                          )<br>CHESTER LEE WILLIAMS,       )<br>                                                          )<br>            Defendant.                       )<br>_____ ) | Case No. 3:05-cv-212-JWS |

NOTICE OF PERTINENT AUTHORITY

Comes now defendant Chester Lee Williams, by and through his attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby gives notice pursuant to Local Rule 7.1(h)(1)(B) of pertinent authority.  The Ninth Circuit Court of Appeals decision, *Lira v. Herrera*, 427 F.3d 1164 (9th Cir. 2005) is pertinent to Defendant's Motion for Summary Judgment on Failure to Exhaust Administrative Remedies at docket 47.

Dated this 31st day of October, 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

I certify that on October 31, 2006, I caused the foregoing to be served electronically on plaintiff's attorney:

Mr. Tom Dosik
Disability Law Firm
3330 Arctic Blvd. Suite 103
Anchorage, AK  99503

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us