Holly Johanknecht, Esq. (AK Bar No. 0511103)
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
hollyj@dlcak.org

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| PETER LEE ANDREWS,                )<br>                                                       )<br>       Plaintiff                               )<br>                                                       )   Case No. A05-212CV (JWS)<br>v.                                                  )<br>                                                       )<br>CHESTER LEE WILLIAMS,        )<br>                                                       )<br>       Defendant                            )<br>                                                       ) | |

**ENTRY OF APPEARANCE**

Holly Johanknecht of the Disability Law Center of Alaska hereby enters her appearance as attorney for Plaintiff Peter Lee Andrews.  All pleadings and documents should be served on:

> Holly Johanknecht
> Disability Law Center of Alaska
> 3330 Arctic Blvd., Suite 103
> Anchorage AK 99503

Done this 5th day of December, 2006.

Disability Law Center of Alaska

__/s Holly Johanknecht_____
Holly Johanknecht, Esq. (AK Bar No. 0511103)
DISABILITY LAW CENTER OF ALASKA

3330 Arctic Blvd., Suite 103<br>
Anchorage, AK   99503<br>
Telephone: (907) 565-1002<br>
Fax: (907) 565-1000<br>
hollyj@dlcak.org

<u>Certificate of Service</u>

I hereby certify that on the 5th day of December 2006 a true and correct copy of this document was served electronically on:

John K. Bodick
Attorney General's Office
310 K Street, Suite 407
Anchorage AK 99501-5993


____/s Holly Johanknecht_____
Holly Johanknecht