MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*PETER LEE ANDREWS*          v.     *CHESTER LEE WILLIAMS*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 3:05-cv-00212 (JWS)

PROCEEDINGS:     **ORDER FROM CHAMBERS**          Date:  December 7, 2006

    At docket 47, defendant filed a motion for summary judgment which included numerous unauthenticated exhibits.  The opposition at docket 50 does not address the merits of the motion, but points out that the exhibits cannot be properly considered and further points out that counsel for defendant has been previously advised of the need to authenticate exhibits.  Subsequently, affidavits purporting to authenticate exhibits were filed.

    Rather than deny the motion at docket 47, the court has concluded that the most efficient thing to do is to afford plaintiff an opportunity to respond further to the motion after evaluating the affidavits which were belatedly filed.  Plaintiff shall have until **December 21, 2006**, in which to file a further response.

    Thus far it is only defense counsel who has not carefully considered applicable rules; it would be unfortunate, indeed, if after reviewing the affidavits and the law, plaintiff's counsel were to file an opposition without carefully considering Rule 11.  The court is not pre-judging the outcome of the motion at docket 47, merely noting that defense motions based on failure to exhaust brought pursuant to the Prison Litigation Reform Act are very often successful.

    If plaintiff files an opposition, defendant may file a reply on or before **December 31, 2006**.