Holly J. Johanknecht, Esq.
Disability Law Center of Alaska
3330 Arctic Blvd, Suite 103
Anchorage, AK  99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
E-Mail: hollyj@dlcak.org
AK Bar No. 0511103
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. A05-212CV (JWS) |
| v. ) | |
| ) | |
| CHESTER LEE WILLIAMS, ) | |
| ) | |
| Defendant ) | |
| ) | |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

COMES NOW, Plaintiff and Defendants, by and through counsel, and files an unopposed Motion for Extension of Time to File Response in the above-captioned matter.

Plaintiff's response to Defendant Williams' Motion for Summary Judgment is due December 21, 2006. Plaintiff requests an extension of the deadline, making plaintiff's response due January 6, 2007. Plaintiff's counsel has conferred with counsels for the Defendant Williams and the Defendant does not object to an extension of the deadline to January 6, 2007.

THEREFORE, Plaintiff respectfully requests that the Court grant their Motion for an Extension of Deadlines.

Dated in Anchorage, Alaska, this 19th day of December, 2006

      /s/ Holly J. Johanknecht
Holly J. Johanknecht
Disability Law Center of Alaska
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
Telephone: 907-565-1002
Fax: 907-565-1000
Email: hollyj@dlcak.org
Alaska Bar No. 0511103

Certificate of Service

I hereby certify that on the 19th day of December, 2006, a copy of this document was served electronically on:

Stacie Kraly
Marilyn Kamm
Marilyn_kamm@law.state.ak.us

    /s/ Holly J. Johanknecht
Holly J. Johanknecht