UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS,<br><br>    Plaintiff<br><br>v.<br><br>CHESTER LEE WILLIAMS,<br><br>    Defendant | Case No. A05-212CV (JWS) |

**PROPOSED ORDER**

NOW THEREFORE IT IS ORDERED that Plaintiff's Motion for an Extension of Time to File Response to Defendants' Motion for Summary Judgment is granted. Plaintiff's deadline to respond to Defendants' Motion for Summary Judgment is due January 6, 2007.

Dated in Anchorage, Alaska, this _____ day of _____, 2006.

_____
John W. Sedwick
U.S. District Court Judge