## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS,<br><br>　　Plaintiff<br><br>v.<br><br>CHESTER LEE WILLIAMS,<br><br>　　Defendant | Case No. 3:05-cv-00212-JWS |

**ORDER**

　　NOW THEREFORE IT IS ORDERED that Plaintiff's Motion for an Extension of Time to File Response to Defendants' Motion for Summary Judgment is granted. Plaintiff's deadline to respond to Defendants' Motion for Summary Judgment is due January 6, 2007.

　　Dated in Anchorage, Alaska, this 20th day of December, 2006.

　　　　　　　　　　　　　　　　　　/s/ JOHN W. SEDWICK
　　　　　　　　　　　　　　　　　　John W. Sedwick
　　　　　　　　　　　　　　　　　　U.S. District Court Judge