# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

PETER LEE ANDREWS,                    )
                                      )
    Plaintiff                     )
                                      )   Case No. 3:05-cv-212 JWS
v.                                    )
                                      )
CHESTER LEE WILLIAMS,                 )
                                      )
    Defendant                     )   **OPPOSITION TO MOTION FOR**
_____)   **SUMMARY JUDGMENT**

## [PROPOSED] ORDER

Defendant's motion for summary judgment is DENIED.  In the alternative, Plaintiff's action is dismissed without prejudice with leave to return to Level three of the Alaska State Department of Corrections Policies and Procedures to continue to pursue his administrative remedies.

Dated this _____ day of January 2007.

_____
Judge Sedwick
U.S. District Court Judge