Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Attorney for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS,         )<br>                                             )<br>          Plaintiff,              )<br>                                             )<br>   vs.                                    )<br>                                             )<br> CHESTER LEE WILLIAMS,  )<br>                                             )<br>          Defendant.            )<br>_____ ) | Case No. A05-212 CV (JWS) |

PROPOSED ORDER DISMISSING LOST PROPERTY CLAIM

Defendant's motion to dismiss plaintiff's lost property claim is granted. This claim is not a civil rights claim.  The State of Alaska has adopted the Tort Claims Act and the state courts can provide appropriate relief to him.

Dated this ____day of _____, 2007.

_____
John W. Sedwick
U.S. District Court Judge