Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS,          )<br>                                               )<br>           Plaintiff,                  )<br>                                               )<br>     vs.                                   )<br>                                               )<br>CHESTER LEE WILLIAMS,     )<br>                                               )<br>           Defendant.              )<br>_____)  | Case No. 3:05-cv-212-JWS |

ERRATA

Comes now defendant, by and through his attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby provides the court and counsel with Exhibit A to the Motion to Dismiss at docket 62, Department of Corrections Policies and Procedure #811.05.

Dated this 10th day of January, 2007, at Juneau, Alaska.

TALIS J. COLBERG
ATTORNEY GENERAL

By: s/Marilyn J. Kamm, ABA 7911105

State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Certificate of Service

I hereby certify that on January 10, 2007, a Copy of the foregoing Errata was served on Plaintiff's attorney:

Ms. Holly Johanknect
Disability Law Firm
3330 Arctic Blvd. Suite 103
Anchorage, AK  99503

By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Errata
*Andrews v. Williams,* Case 3:05-cv-212-JWS
Page 2 of 2.