| Subject: Prisoner Personal Property | Index #: 811.05 | Page: 7 of 10 |
|---|---|---|

    e. The cost of replacing unauthorized altered or missing pieces of State issued clothing will be at the prisoner's expense, as determined under d.(2) above.

E. Authorized Computers:

    Prisoners who are authorized to possess computers, per sections VI., F. and G of this policy, will be allowed to have one (1) "lap-top" type computer. The computer may be no larger than 12" x 15", which may fit into a property transfer box.

1. Computers must not be able to record via audio induction or have a built-in printer. No attachments will be allowed, e.g., modem, scanner, printer, etc.
2. Computers must be purchased through an authorized vendor via the commissary process.
3. A "Prisoner Release of Liability" (form 20-811.05H) must be signed before the computer will be released to the prisoner.

F. "Grandfathered" Computers:

    Prisoners who are in possession of a previously authorized computer on the effective date of this policy may retain the computer under the following conditions:

1. All prisoners who have computers in their possession must sign a "Prisoner Release of Liability" (form 20-811.05H). Failure to do so will result in removal of the computer.
2. Prisoners will not be allowed to retain printers, word processors, computers capable of recording via audio induction, computers that have a built-in printer, or computer attachments such as modems and scanners.

G. Repair of Computers:

    Computers may be sent out of the institution for repairs if they become inoperable.

1. Prisoners requesting computer repair shall submit a "Request for Interview", fully explaining the required repairs. The request may be denied for security reasons.
2. Repairs may only be completed only by authorized vendors.

H. Software:

    Prisoners will be allowed to purchase and possess commercial software authorized by the superintendent.

1. Authorized commercial software may be purchased via the commissary process from authorized vendors.
2. Commercial software may not be copied per copyright law.
3. Prisoners may not receive computer disks or tapes from non-authorized vendors, nor from private individuals.
4. Prisoners may not release any computer disks, but may return faulty or damaged software to the authorized vendor for reimbursement or replacement, via the commissary process.

I. Guidelines for Use and Retention of Computers:

    Prisoners may possess computers as provided for under sections E and F of this policy. The use of computers is considered a privilege. The following guidelines apply to new and grandfathered computers:

1. Absent the approval of the Deputy Commissioner, no prisoner may be permitted to use his or her computer as a source of income.
2. Prisoners will not be allowed to maintain encrypted or hidden files.
3. Prisoners will not be allowed to invoke password protection on any computers or files.



EXHIBIT A
PAGE 7 OF 11

| Subject: Prisoner Personal Property | Index #: 811.05 | Page: 8 of 10 |
|---|---|---|

    4. Computer software and hardware are subject to search as deemed necessary for security reasons.

    5. Prisoners in possession of unauthorized software or hardware shall have the privilege of possessing a personal computer revoked.

    6. Per form 20-811.05B, the State and its employees and contractors are not liable for the loss or damage of the work product stored on the computer or computer disks.

    7. Absent the approval of the Director of the Division of Institutions, prisoners will not be allowed to possess any computer or accessory that has been removed from the facility for any reason other than authorized repairs by an approved vendor.

J.  Acquisition or Transfer of Ownership

    It is the responsibility of the prisoners to request permission from appropriate institutional staff when additional property is desired. If approved and acquired, the additional items will be added to the prisoner's inventory list.

K.  Hobby Craft Materials

    Superintendents shall develop SOP's dealing with arts and crafts projects and the storage of such, if such programs are permitted. Approved hobby craft items will be used and stored in a designated use area and are not allowed in the living areas. Hobby craft items shall be stored in such a manner that they are secure and do not present a fire, sanitation, security, or housekeeping hazard. (See Policy 815.04, and Craft Programs.)

L.  Restricted Use of Property

    1. Superintendents may restrict the use of certain personal and institutional property items (e.g., radios, cassette players, televisions, typewriters, and musical instruments) to certain times and locations to ensure orderly administration of the institution.

    2. The number of electrical appliances and the overall use of electrical power within a prisoner's living area shall be controlled by the superintendent for safety, security, and orderly administration of the institution.

M.  Property of Prisoners on Escape

    Property of any prisoner who escapes will be considered abandoned and will be disposed of in accordance with this policy.

N.  Property of a Deceased Prisoner

    1. Immediately upon the death of a prisoner, the shift supervisor shall order the prisoner's property to be inventoried and secured until investigating law enforcement personnel collect the property. The property will then be turned over to the coroner's office for disposition.

    2. A notation shall be made on the prisoner's property inventory list showing the officer and agency removing the property from the institution.

    3. When a prisoner dies and the prisoner has local family, the superintendent shall direct the family to contact the coroner's office, whether a coroner's case or not, to obtain an order which would authorize the institution to release the personal effects to them.

    4. In all cases, it is appropriate to issue a check to the coroner's office for any monies held in the prisoner's trust account. The check should be made payable to "Estate of" and the name of deceased.

O.  Repair of Personal Property

    1. Required servicing and maintenance of personal items such as typewriters, televisions, radios, cassette players, watches, or musical instruments, shall be at the prisoner's expense.



EXHIBIT _A_
PAGE _8_ OF _11_

| Subject: Prisoner Personal Property | Index #: 811.05 | Page: 9 of 10 |
|---|---|---|

    2. Superintendents shall develop procedures governing the way a prisoner may have such articles repaired.

P. Releasing Lost/Damaged Personal Property
   1. If a prisoner claims that property is lost or damaged:
      a. The superintendent shall have reports of lost/damaged property investigated, utilizing form 20-811.05C.
      b. Substantiated claims in excess of $1000 will be submitted to the Division of Risk Management for disposition, as well as written notification to the Director of Institutions as to circumstances of the claim.
   2. The institution has twenty (20) working days to investigate a report of lost/damaged property. If the investigation involves another institution, the time period may be extended an additional thirty (30) days before a final resolution must be made.
   3. A copy of all lost/damaged property reports must be maintained at the institution where the claim originated and/or was settled.
   4. The resolution, reimbursement, or settlement of a lost/damaged property claim will be concluded by the claimant prisoner signing on the original Report of Lost or Damaged Property (form 20-811.05C) at the time of receipt, replacement, or reimbursement.

Q. Transfer of Prisoner Personal Property
   1. Personal property listed on the approved Property Transfer Inventory (form 20-811.05F) will be transferred with the prisoner at the time of transfer, as long as it fits within one transfer box.
   2. Personal property, including legal material, a prisoner wants transferred at the time of movement **must** fit in the same personal property box. The prisoner is allowed to decide which items he or she wants in the transfer box (combination of legal material and items authorized on form 20-811.05F).
   3. All property in excess of the above and which conforms to the applicable authorized property lists (see forms 20-811.05D & E):
      a. will be forwarded to the prisoner within ten (10) working days of his or her arrival at the designated facility, except as noted in section R.2. below.
      b. Unless the prisoner is indigent, transfer of this property and purchase of the property transfer boxes will be at the prisoner's expense.
      c. Property that a prisoner refuses to pay to ship will be considered abandoned and will be handled according to section S. of this policy.
      d. Indigent prisoners may have additional legal material shipped at department expense.
      e. Exceptions to the use of property transfer boxes will be limited to those authorized items which will not fit (e.g., T.V., radio, typewriters).
      f. Any property that is mailed will be sent Fourth Class Mail, Insured and Return Receipt Requested, unless the prisoner specifies First Class Mail. (See section R. below regarding legal material.)
   4. Transporting or escorting officers will not accept prisoner personal property for transport in excess of one box, unless authorized by the Director of Institutions.

R. Handling of Legal Material
   1. Due to the volume limitation (one box) allowed at the time of transfer, a prisoner will have to determine which legal papers are needed immediately upon arrival at his new



EXHIBIT A
PAGE 9 OF 11

| Subject: Prisoner Personal Property | Index #: 811.05 | Page: 10 of 10 |
|---|---|---|

destination. If the prisoner is not willing to decide which legal papers to take, only those items on form 20-811.05F will be transferred with the prisoner.

2. Legal material in excess of that described under Q.2. above shall be shipped to the prisoner within five (5) working days of the prisoner leaving the institution. The cost of shipping is the responsibility of the prisoner, unless determined indigent. Any legal material for which a prisoner refuses to pay shipping (unless determined indigent) will be considered abandoned property and handled under section S. of this policy.

S. Disposal of Excess and/or Abandoned Personal Property

1. Excess personal property must be mailed to friends, relatives, or other designated persons at the prisoner's expense, or arrangements made to have said property picked up at the institution. The Prisoner Property Disbursement (form 20-811.06) must be used for this purpose.

   Program staff will be notified when textbooks, library books, equipment and supplies are considered excess property.

2. Excess personal property, which is not dealt with through the above-stated procedures within ninety (90) days after being declared excess or the prisoner's release or transfer, is deemed abandoned and will be sent to the supply officer at the Juneau Central Office. The supply officer will then make final arrangements to turn the property over to the Department of Administration for disposal.

Implementation

This policy and procedure is effective on the date signed by the Commissioner.

J. Frank Prewitt, Jr., Commissioner
7/14/94
Date

Applicable forms:
Attachment A
808.08A
811.06A
811.05A
811.05B
811.05C
811.05D
811.05E
811.05F

EXHIBIT A
PAGE 10 OF 11

**STATE OF ALASKA**                                    **DEPARTMENT OF CORRECTIONS**

## Report of Lost or Damaged Property

Institution: _____

Prisoner's Name: _____   OTIS#: _____

Reported to Officer: _____   Date: _____   Time: _____

Verification that department **IS/NOT** (circle one) responsible for item(s) by officer: _____

| ITEMS LOST OR DAMAGED: (Must include size and complete description) | Estimated Value |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Total Estimated Value | $ |

Property Search/Investigation completed by assigned officer (describe investigation): _____

_____

_____

_____

Property Found Date: _____   By: _____   Title: _____

Replacement or reimbursement recommended (circle one) by _____   Title: _____

Superintendent's Action:
             ☐ Approved    ☐ Denied

Replacement Date: _____   By: _____
Reimbursement Date: _____   By: _____

I hereby acknowledge I have received the Lost or Damaged item(s) listed on this form, or replacement item(s) of like value, or reimbursement for value and have **NO FURTHER CLAIM TO THE ITEM(S) LISTED AS LOST OR DAMAGED ABOVE**:

_____     _____   _____
Claimant/Prisoner's Signature          Staff Signature (Witness)         Date

Distribution:
Cc:       Superintendent
          Prisoner Record
          Prisoner
          Risk Management (for claims having a total value in excess of $1,000)

*Department of Corrections, Form 811.05C*
*Rev. 09/03*



EXHIBIT A
PAGE 11 OF 11