RECEIVED
MAR 30 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

To: JOHN W. SEDWICK
FEDERAL JUDGE
UNITED STATES DISTRICT COURT

Request Regarding Case # A05-212 cv, Peter Lee. Andrews plaintiff, vs. Chester Lee. Williams, Defendant.    Date mail: 3-27-07

ON- DEC 02 2005 you issue a "ORDER From Chambers" which you stated "However, Noting that plaintiff is mentally Challenged," "and that in Light of his mental Impairments"

Did you Receive the Fact Document Evidence From which stated I'm mental Retarded when you stated the above statments and if so can you Notified ME, Peter Lee. Andrews if I have a Right to be provided a copy of the Fact Document Evidence From which States I'm mental Retarded which you base your answer to provide cousel.

I would Like to Request How do I Request a copy From your court to be provided the "Fact Document Evidence" which states I, peter Lee. Andrews am "mental Retarded"

SIGNED under pains and penalties of perjury,

THE "Fact Document Evidence" is a document issue from a mental health center which Dianose me as mental Retarded,

Peter Lee Andrews

Peter Lee. Andrews #478966
Spring Creek Corrections
P.O Box 500l
Seward, Alaska 99664