**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  PETER LEE ANDREWS  </u>     v.     <u>   CHESTER LEE WILLIAMS   </u>

THE HONORABLE JOHN W. SEDWICK        CASE NO.  <u> 3:05-cv-00212-JWS </u>

<u>Deputy Clerk    </u>

<u>Robin M. Carter          </u>

APPEARANCES:     for PLAINTIFF:    ----

                 for DEFENDANT:    ----

PROCEEDINGS:     **ORDER FROM CHAMBERS**

---

The court received a letter from plaintiff dated 3/27/07.  It is improper for a party to communicate with the court in any manner except by a document filed with the clerk and served on all other parties to the litigation.  Moreover, it is improper for a party who is represented by counsel to file documents with the court, a responsibility which is possessed by the lawyer, not the client. A copy of the letter has been scanned into the ECF system and filed together with this order.  Mr. Andrews should confer with his counsel at the Disability Law Center regarding this matter.

                                              ENTERED AT JUDGE'S DIRECTION

DATE: <u> March 30, 2007  </u>             INITIALS: <u> rmc   </u>
                                                         Deputy Clerk

[FORMS*IA*]