MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*Andrews v. Williams*

THE HONORABLE JOHN W. SEDWICK          3:05-cv-00212 JWS

PROCEEDINGS:          **ORDER FROM CHAMBERS**          March 30, 2007

At docket 62, defendant moves to dismiss plaintiff's lost property claim. Defendant brings the motion pursuant to Fed. R. Civ. P. 12(b)(6). At docket 63 defendant filed Exhibit A to his motion to dismiss. At docket 64, plaintiff responded to defendant's motion, and at docket 65, defendant replied.

A motion brought under Rule 12(b)(6) must be filed *before* a responsive pleading is filed. Defendant filed this 12(b)(6) motion in January 2007, *after* filing his answer to the second amended complaint on May 19, 2006 (Docket 44). The motion at docket 62 is **DENIED** as untimely.

_____