```
        UNITED STATES
       DISTRICT COURT
        District of Alaska
        Anchorage Division

     #  00130251  -  PS
       April 23, 2007

  Code   Case #    Qty       Amount

 5100PL-P 05-212              3.50 CK


  TOTAL→              3.50


FROM: STATE OF ALASKA FOR
      PETER LEE ANDREWS
      PRISONER PETITIONS
      3:05-CV-00212
```