Holly J. Johanknecht, Esq.
Disability Law Center of Alaska
3330 Arctic Blvd, Suite 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
E-Mail: hollyj@dlcak.org
AK Bar No. 0511103
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS,<br><br>   Plaintiff<br><br>v.<br><br>CHESTER LEE WILLIAMS,<br><br>   Defendant | )<br>)<br>)<br>) Case No. 3:05-cv-212 JWS<br>)<br>)<br>)<br>)<br>) **JOINT STATUS REPORT**<br>) |

   Parties file this joint status report in response to the Court's order of May 21, 2007. Parties have been unable to meet and thoroughly discuss outstanding issues at this time. However, such discussions are ongoing and an additional joint status report will be filed no later than June 15, 2007.

Dated June 5, 2007.

                              Respectfully submitted,

                              /s Holly J. Johanknecht
                              Holly J. Johanknecht
                              Disability Law Center of Alaska
                              3330 Arctic Boulevard, Suite 103
                              Anchorage, Alaska 99503
                              Telephone: 907-565-1002
                              Fax: 907-565-1000
                              Email: hollyj@dlcak.org
                              Alaska Bar No. 0511103

Certificate of Service

I hereby certify that on the 5th day of June 2007, a copy of this document was served electronically on:

Marilyn Kamm
Office of the Attorney General
marilyn_kamm@law.state.ak.us

/s Holly J. Johanknecht
Holly J. Johanknecht