Holly J. Johanknecht, Esq.
Disability Law Center of Alaska
3330 Arctic Blvd, Suite 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
E-Mail: hollyj@dlcak.org
AK Bar No. 0511103
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 3:05-cv-212 JWS |
| v. ) | |
| ) | |
| CHESTER LEE WILLIAMS, ) | |
| ) | |
| Defendant ) | **PLAINTIFF'S STATUS REPORT** |
| ) | |

After discussions with Defendant, parties will both file Motions for Summary Judgment no later than July 16, 2007. In addition, in an effort to further Plaintiff's ongoing settlement attempts, Plaintiff requests a court directed settlement conference to be held following a decision on any additional dispositive motions, if necessary. Thus far Defendant has been unwilling to settle. In the event that settlement efforts and dispositive motions fail, Plaintiff requests a bench trial be set for a date after November 1, 2007.

Dated June 15, 2007.

                                          Respectfully submitted,

                                        /s Holly J. Johanknecht
                                        Holly J. Johanknecht
                                        Disability Law Center of Alaska
                                        3330 Arctic Boulevard, Suite 103
                                        Anchorage, Alaska 99503
                                        Telephone: 907-565-1002

Fax: 907-565-1000  
Email: hollyj@dlcak.org  
Alaska Bar No. 0511103

Certificate of Service

I hereby certify that on the 15th day of June 2007, a copy of this document was served electronically on:

Marilyn Kamm  
Office of the Attorney General  
marilyn_kamm@law.state.ak.us

/s Holly J. Johanknecht  
Holly J. Johanknecht