Holly J. Johanknecht, Esq.
Disability Law Center of Alaska
3330 Arctic Blvd, Suite 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
E-Mail: hollyj@dlcak.org
AK Bar No. 0511103
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| PETER LEE ANDREWS,          )<br>                                             )<br>     Plaintiff                        )<br>                                             )  Case No. 3:05-cv-212 (JWS)<br>v.                                         )<br>                                             )<br>CHESTER LEE WILLIAMS,  )<br>                                             )<br>     Defendant                    )<br>                                             ) | |

**MOTION FOR EXTENSION OF TIME TO FILE**

COMES NOW, Plaintiff, by and through counsel, and files an unopposed Motion for Extension of Time to File in the above-captioned matter.

In their joint status report dated June 15, 2007, parties indicated that they would be filing Motions for Summary Judgment by July 16, 2007. Parties request an extension of deadlines, making Motions for Summary Judgment due no later than July 20, 2007.

THEREFORE, Plaintiff respectfully requests that the Court grant their Motion for an Extension of Deadlines.

Dated in Anchorage, Alaska, this 16th day of July, 2007

                                            /s/ Holly J. Johanknecht
                                            Holly J. Johanknecht
                                            Disability Law Center of Alaska

3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
Telephone: 907-565-1002
Fax: 907-565-1000
Email: hollyj@dlcak.org
Alaska Bar No. 0511103

Certificate of Service

I hereby certify that on the 16th day of July, 2007, a copy of this document was served electronically on:

Stacie Kraly
Marilyn Kamm
Marilyn_kamm@law.state.ak.us

    /s/ Holly J. Johanknecht
Holly J. Johanknecht