## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS,<br><br>    Plaintiff<br><br>v.<br><br>CHESTER LEE WILLIAMS,<br><br>    Defendant | )<br>)<br>)<br>) Case No. 3:05-cv-212 (JWS)<br>)<br>)<br>)<br>)<br>) |

## PROPOSED ORDER

NOW THEREFORE IT IS ORDERED that Plaintiff's Motion for an Extension of Time to File is granted. The deadline to file Motions for Summary Judgment is July 20, 2007.

Dated in Anchorage, Alaska, this _____ day of _____, 2007.

_____
John W. Sedwick
U.S. District Court Judge