Holly J. Johanknecht, Esq.
Disability Law Center of Alaska
3330 Arctic Blvd, Suite 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
E-Mail: hollyj@dlcak.org
AK Bar No. 0511103
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| PETER LEE ANDREWS,<br><br>    Plaintiff<br><br>v.<br><br>CHESTER LEE WILLIAMS,<br><br>    Defendant | )<br>)<br>)<br>) Case No. 3:05-cv-212 JWS<br>)<br>)<br>)<br>)<br>) **MOTION FOR SUMMARY**<br>) **JUDGMENT** |

COMES NOW, the Plaintiff, by and through counsel and hereby moves for summary judgment. This motion is supported by the memorandum of law filed contemporaneously herewith.

Dated in Anchorage, Alaska, this 20[h] day of July, 2007

        /s Holly J. Johanknecht
        Holly J. Johanknecht
        Disability Law Center of Alaska
        3330 Arctic Boulevard, Suite 103
        Anchorage, Alaska 99503
        Telephone: 907-565-1002
        Fax: 907-565-1000
        Email: hollyj@dlcak.org
        Alaska Bar No. 0511103

Certificate of Service

I hereby certify that on the 20th day of
July 2007, a copy of this document
was served electronically on:

Marilyn Kamm
Office of the Attorney General
marilyn_kamm@law.state.ak.us

/s Holly J. Johanknecht
Holly J. Johanknecht