## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS,<br><br>    Plaintiff<br><br>v.<br><br>CHESTER LEE WILLIAMS,<br><br>    Defendant | )<br>)<br>)<br>)  Case No. 3:05-cv-212 JWS<br>)<br>)<br>)<br>)<br>)<br>) |

## [PROPOSED] ORDER

Plaintiff's motion for Summary Judgment is GRANTED.

Dated this ___ day of _____ 2007.

_____
District Court Judge