UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS,<br><br>   Plaintiff<br><br>v.<br><br>CHESTER LEE WILLIAMS,<br><br>   Defendant | )<br>)<br>)<br>) Case No. A05-212CV (JWS)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

   NOW THEREFORE IT IS ORDERED that Plaintiff's Motion for an Extension of Time to File is granted. The deadline to file Motions for Summary Judgment is July 20, 2007.

   Dated in Anchorage, Alaska, this 25th day of July 2007.

                             /s/ John W. Sedwick
                             U.S. District Court Judge