Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS,              )<br>                                                 )<br>          Plaintiff,                       )<br>                                                 )<br>     vs.                                      )<br>                                                 )<br>CHESTER LEE WILLIAMS,      )<br>                                                 )<br>          Defendant.                    )<br>_____ ) | Case No. A05-212 CV (JWS) |

MOTION FOR EXTENSION OF TIME IN WHICH TO FILE SGT. WILLIAMS' AFFIDAVIT

Comes now defendant, by and through his attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby moves for an extension of time in which to file his signed affidavit.  This motion is supported by the Affidavit of Counsel.

Dated this 7th of August, 2007, at Juneau, Alaska.

/////

/////

Motion for Extension of Time
*Andrews v. Williams,* Case A05-212 CV (JWS)
Page 1 of 2.

TALIS J. COLBERG
ATTORNEY GENERAL

By: <u>s/Marilyn J. Kamm, ABA 7911105</u>
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

I certify that on August 7, 2007, I caused the foregoing, Affidavit and order t be served electronically on plaintiff's attorney:

Ms. Holly Johanknecht
Disability Law Firm
3330 Arctic Blvd. Suite 103
Anchorage, AK  99503

By: <u>s/Marilyn J. Kamm, ABA 7911105</u>
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Motion for Extension of Time
*Andrews v. Williams,* Case A05-212 CV (JWS)
Page 2 of 2.