Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Attorney for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS,            ) | |
|               Plaintiff,            ) | |
| vs.            ) | |
| CHESTER LEE WILLIAMS,            ) | |
|               Defendant.            ) | |
| _____ ) | Case No. 3:05-cv-212-JWS |

PROPOSED ORDER GRANTING EXTENSION OF TIME

Defendant's motion for extension of time in which to file his signed affidavit is hereby granted.  His affidavit shall be filed with the court on or before August 28, 2007.

Dated this ____day of _____, 2007.

_____
John W. Sedwick
U.S. District Court Judge