Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

PETER LEE ANDREWS,                )
                                  )
         Plaintiff,               )
                                  )
    vs.                           )
                                  )
CHESTER LEE WILLIAMS,             )
                                  )
         Defendant.               )
_____)  Case No. 3:05-cv-212-JWS

**AFFIDAVIT OF COUNSEL**

STATE OF ALASKA           )
                          ) ss.
FIRST JUDICIAL DISTRICT   )

      I, Marilyn J. Kamm, state after being duly sworn and based upon my personal knowledge that:

      1.    I am the attorney for defendant in the above-referenced case.

2. I am requesting an extension of time until August 28, 2007, in which to file Sgt. Williams' signed affidavit because he is currently on vacation.

3. I tried to contact Sgt. Williams on August 6, 2007, at Anchorage Correctional Center, but was unable to reach him.

4. This morning I contacted him at his home. He told me that he was on vacation until August 28, 2007.

5. Sgt. Williams and I reviewed his affidavit and he stated to me that he was in agreement with its contents. Exhibit A is a true and correct copy of the affidavit. However, he stated that he did not know if he would be able to get it signed and notarized today.

6. Sgt. Williams stated that he will go to Anchorage Correctional Center in the next few days, sign the affidavit, and fax it back to me. Since he is on vacation, however, I request leave to file it on or before the day he returns to work, August 28, 2007.

Further this affiant sayeth naught.

_____
Marilyn J. Kamm

SUBSCRIBED AND SWORN TO before me this 7th day of August, 2007, at Juneau, Alaska.

_____
Notary Public in and for State of Alaska

Affidavit of Counsel
*Andrews v. Williams*, Case 3:05-cv-212-JWS
Page 2 of 2



STATE OF ALASKA
OFFICIAL SEAL
Azucena Frenzel
NOTARY PUBLIC
My Commission Expires w/OFFICE