Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Attorney for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS,          )<br>                                              )<br>        Plaintiff,                      )<br>                                              )<br>   vs.                                     )<br>                                              )<br>CHESTER LEE WILLIAMS,  )<br>                                              )<br>        Defendant.                    )<br>_____ ) | Case No. A05-212 CV (JWS) |

PROPOSED ORDER GRANTING SUMMARY JUDGMENT TO SGT. WILLIAMS

Defendant's cross-motion for summary judgment is hereby granted. Plaintiff has no evidence that Sgt. Williams was willfully indifferent to his serious medical needs.  Nor has he shown that he has a serious medical need for his glasses.

Dated this ____day of _____, 2007.

_____
John W. Sedwick
U.S. District Court Judge

Case 3:05-cv-00212-JWS     Document 84-2     Filed 08/08/2007     Page 2 of 2