Holly J. Johanknecht, Esq.
Disability Law Center of Alaska
3330 Arctic Blvd, Suite 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
E-Mail: hollyj@dlcak.org
AK Bar No. 0511103
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| PETER LEE ANDREWS, )<br>)<br>  Plaintiff )<br>) Case No. 3:05-cv-212 JWS<br>v. )<br>)<br>CHESTER LEE WILLIAMS, )<br>)<br>  Defendant )<br>) | |

**MOTION FOR EXTENSION OF TIME**

COMES NOW, the Plaintiff, by and through counsel of record, the Disability Law Center of Alaska, and hereby requests an extension of time in which to file his Response to Defendant's Cross Motion for Summary Judgment in the above-entitled matter. Plaintiff's Response is currently due on August 23, 2007. Plaintiff will file his Response no later than August 31, 2007.

Respectfully requested this 23rd day of August, 2007 in Anchorage, Alaska.

/s/ Holly J. Johanknecht
Holly J. Johanknecht
Disability Law Center of Alaska
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
Telephone: 907-565-1002
Fax: 907-565-1000
Email: hollyj@dlcak.org
Alaska Bar No. 0511103

Andrews v. Williams                                                                                         Page 1 of 2
Case No. 3:05-cv-212 JWS
Motion for Extension of Time

Certificate of Service

I hereby certify that on the 7th day of August 2007, a copy of this document was served electronically via ECF on:

Marilyn Kamm
Office of the Attorney General
marilyn_kamm@law.state.ak.us

/s/ Holly J. Johanknecht
Holly J. Johanknecht

Andrews v. Williams                                    Page 2 of 2
Case No. 3:05-cv-212 JWS
Motion for Extension of Time