Holly J. Johanknecht, Esq.
Disability Law Center of Alaska
3330 Arctic Blvd, Suite 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
E-Mail: hollyj@dlcak.org
AK Bar No. 0511103
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ALASKA**

| | |
|---|---|
| PETER LEE ANDREWS, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 3:05-cv-212 JWS |
| v. ) | |
| ) | |
| CHESTER LEE WILLIAMS, ) | |
| ) | |
| Defendant ) | |
| ) | |

**[PROPOSED] ORDER**

The Plaintiff's motion for Extension of Time is GRANTED.   Plaintiff's Response is due no later than August 31, 2007.

Dated this ___ day of August 2007.

 _____
 U.S. District Court Judge