Holly J. Johanknecht, Esq.
Disability Law Center of Alaska
3330 Arctic Blvd, Suite 103
Anchorage, AK   99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
E-Mail: hollyj@dlcak.org
AK Bar No. 0511103
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS,<br><br>　　Plaintiff<br><br>v.<br><br>CHESTER LEE WILLIAMS,<br><br>　　Defendant | )<br>)<br>)<br>) Case No. 3:05-cv-212 JWS<br>)<br>)<br>)<br>)<br>)<br>) |

### Affidavit in Support of Motion for Extension of Time

I, Holly Johanknecht, state as follows:

1. Plaintiff's Response to Defendant's Cross Motion for Summary Judgment is due on August 23, 2007.

2. The Plaintiff has attempted contact with opposing counsel but has not received a response. A true and correct copy of that communication is attached as Ex. A.

3. The Plaintiff has exercised due diligence in complying with the Court's deadline and the Response will be filed no later than August 31, 2007.

Further affiant saith not.

Done this 23rd day of August, 2007.

*Holly Johanknecht*
Holly Johanknecht

Subscribed and sworn to me this
23rd day of August 2007

_____
Notary Public



Certificate of Service

I hereby certify that on the 7th day of
August 2007, a copy of this document
was served electronically on:

Marilyn Kamm
Office of the Attorney General
marilyn_kamm@law.state.ak.us

/s Holly J. Johanknecht
Holly J. Johanknecht