**Holly Johanknecht**

___

**From:** Holly Johanknecht
**Sent:** Thursday, August 23, 2007 11:24 AM
**To:** 'Marilyn Kamm'
**Subject:** 3:05-cv-212

Ms Kamm:

The response to your cross-motion for summary judgment is due today - I have been out of the office all week sick, and taking care of my sick baby. I would really appreciate an extension, I was thinking a week, until next Friday, the 31st. If you do not object, I will file a motion for an extension this afternoon.

Thanks,
Holly Johanknecht

1

EXHIBIT A
Page 1 of 1