## UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS, | ) |
| Plaintiff | ) |
| v. | ) Case No. 3:05-cv-212 JWS |
| CHESTER LEE WILLIAMS, | ) |
| Defendant | ) |

## ORDER

The Plaintiff's motion for Extension of Time is GRANTED.  Plaintiff's Response is due no later than August 31, 2007.

Dated this 28th day of August 2007.

/s/  John W. Sedwick
U.S. District Court Judge