Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS,<br><br>        Plaintiff,<br><br>vs.<br><br>CHESTER LEE WILLIAMS,<br><br>        Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 3:05-cv-212-JWS |

MOTION FOR LEAVE TO FILE AFFIDAVIT OF SGT. WILLIAMS

Comes now defendant, by and through his attorney of record, Marilyn J. Kamm, Assistant Attorney General, and hereby moves for leave to file the Affidavit of Sgt. Williams dated August 31, 2007.  This motion is supported by the Affidavit of Counsel.

Dated this 7th day of September, 2007, at Juneau, Alaska.

                                        TALIS J. COBERG
                                      ATTORNEY GENERAL

                                      By: s/Marilyn J. Kamm, ABA 7911105

Motion for Leave to File Affidavit of Sgt. Williams
*Andrews v. Williams,* Case 3:05-cv-212-JWS
Page 1 of 2.

State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

I certify that on September 7, 2007, I caused the foregoing
To be served electronically on plaintiff's attorney:

Ms. Holly Johanknect
Disability Law Firm
3330 Arctic Blvd. Suite 103
Anchorage, AK  99503
By: s/Marilyn J. Kamm, ABA 7911105
State of Alaska
Department of Law
Criminal Division Central Office
PO Box 110300
Juneau, AK  99811
Phone: (907) 465-3428
Fax: (907) 465-4043
Marilyn_Kamm@law.state.ak.us

Motion for Leave to File Affidavit of Sgt. Williams
*Andrews v. Williams,* Case 3:05-cv-212-JWS
Page 2 of 2.