Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK  99811
(907) 465-3428
FAX:  (907) 465-4043
Attorney for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHESTER LEE WILLIAMS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | Case No. 3:05-cv-212-JWS |

PROPOSED ORDER GRANTING LEAVE TO FILE SGT. WILLIAMS' AFFIDAVIT

Defendant's motion for leave to file his affidavit is hereby granted.  The Affidavit of Sgt. Williams shall be accepted by this court for filing.

Dated this ____day of _____, 2007.

_____
John W. Sedwick
U.S. District Court Judge