Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

PETER LEE ANDREWS,        )
                          )
        Plaintiff,        )
                          )
    vs.                   )
                          )
CHESTER LEE WILLIAMS,     )
                          )
        Defendant.        )
                          )   Case No. 3:05-cv-212-JWS

**AFFIDAVIT OF COUNSEL**

STATE OF ALASKA          )
                         ) ss.
FIRST JUDICIAL DISTRICT  )

      I, Marilyn J. Kamm, state after being duly sworn and based upon my personal knowledge that:

      1.    I am the attorney for defendant in the above-referenced case.

      2.    I am requesting leave to file the Affidavit of Sgt. Williams dated August 31, 2007. I previously requested an extension of time until August 28,

Affidavit of Counsel
*Andrews v. Williams,* Case 3:05-cv-212-JWS
Page 1 of 2

2007, in which to file Sgt. Williams' signed affidavit because he was on vacation from August 6 to 28th. As of this date the court has not ruled upon that motion.

3. I spoke with Sgt. Williams on or about August 7th and asked him to review his affidavit and to fax it to me as soon as possible. I faxed the affidavit to Anchorage Correctional Center on August 7, 2007, and instructed him to fax the signed signature page to me and to send the original signature page to me.

4. I never received a fax of his signature page. I received the original signature page in the mail September 3, 2007. Attached as Exhibit A is a copy of his affidavit that I seek leave to file with this court.

Further this affiant sayeth naught.

_____
Marilyn J. Kamm

SUBSCRIBED AND SWORN TO before me this 7th day of September, 2007, at Juneau, Alaska.

_____
Notary Public in and for State of Alaska



STATE OF ALASKA
OFFICIAL SEAL
Azucena Frenzel
NOTARY PUBLIC
My Commission Expires  With Office

Affidavit of Counsel
*Andrews v. Williams*, Case 3:05-cv-212-JWS
Page 2 of 2