Marilyn J. Kamm
Assistant Attorney General
Department of Law
Criminal Division Central Office
P.O. Box 110300
Juneau, AK 99811
(907) 465-3428
FAX: (907) 465-4043
Alaska Bar No. 7911105
Attorney for Defendant Williams

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| PETER LEE ANDREWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| CHESTER LEE WILLIAMS, ) | |
| ) | |
| Defendant. ) | Case No. 3:05-cv-212-JWS |

**SECOND AFFIDAVIT OF SGT. WILLIAMS**

STATE OF ALASKA    )
                   ) ss.
THIRD JUDICIAL DISTRICT )

I, Chester Lee Williams, state after being duly sworn and based upon my personal knowledge that:

1. I am the defendant in this action and have previously signed an affidavit for use in this case.

2. Plaintiff's claim that I removed his glasses after he assaulted

Second Affidavit of Sgt. Williams
*Andrews v. Williams*, Case 3:05-cv-212-JWS
Page 1 of 2.                                       Exhibit A

Trooper Zimmerman on May 14, 2004 is false. I did not remove his glasses from him. At no time did I have in my possession any glasses belonging to him.

3. Plaintiff's claims that (1) I placed his glasses on the counter, and (2) that I withheld them from him, are both false. As I previously stated, I never had his glasses in my possession.

Further this affiant sayeth naught.

_____
Chester Lee Williams

SUBSCRIBED AND SWORN TO before me this  31  day of August, 2007, at Anchorage, Alaska.

_____
Notary Public in and for State of Alaska

My commission expires: With Office

DEPARTMENT OF LAW - CRIMINAL DIVISION
ATTORNEY GENERAL, STATE OF ALASKA
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: (907) 465-3428 FAX: (907) 465-4043

Second Affidavit of Sgt. Williams
*Andrews v. Williams*, Case 3:05-cv-212-JWS
Page 2 of 2.