**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

PETER LEE ANDREWS,
    Plaintiff,

                              Case Number 3:05-cv-00212-JWS

v.

CHESTER LEE WILLIAMS,
    Defendant.               **JUDGMENT IN A CIVIL CASE**

\_  **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED:

      THAT this case is dismissed without prejudice.

APPROVED:


/s/ JOHN W. SEDWICK
United States District Judge


Date: December 3, 2007

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*    Ida Romack
                                                 Ida Romack, Clerk of Court

[]{JMT2.WPT*Rev.3/03}